

1764 N. Congress Ave. Suite 203
West Palm Beach, FL 33409
Office: 561 586-0121
Fax: 561 471-4010
www.hci.edu

## Student Enrollment Agreement
### ASSOCIATE OF SCIENCE DEGREE IN NURSING

This Student Enrollment Agreement (Enrollment Agreement) and Program Application (Application) contained in this packet constitutes a binding contract between the Student and HCI College upon completion and acceptance.

**READ THIS AGREEMENT CAREFULLY AS THIS IS A LEGAL AND BINDING CONTRACT**

**Last Name:** Roberson  **First Name:** Brittany

**Address:** ▇▇▇▇▇▇▇▇ (STREET ADDRESS)  ▇▇▇▇▇▇▇ (CITY/STATE)  ▇▇▇ (ZIP/POSTAL CODE)

**Telephone:** ▇▇▇▇▇  **Email:** ▇▇▇▇▇▇▇▇▇▇

**Social Security Number:** ▇▇▇▇  **DOB:** ▇▇▇▇

**(Emergency Contact):** ▇▇▇▇▇ - ▇▇▇▇▇

### PROGRAM DESCRIPTION:

The Associate of Science Degree in Nursing Program (ASN Program) is designed to provide educational and clinical experiences leading to employment in entry-level positions as registered nurses in hospitals or comparable facilities.

The ASN Program focuses on technical nursing skills across patients' life span in short and long-term care facilities and in the community environment. The program covers critical care concepts, professional development and wellness of self and others.

Upon satisfactorily completion of the requirements for graduation and NCLEX preparation assessments (including VATI), the student is awarded an ASN Degree and must pass the National Council Licensure Exam (NCLEX-RN) to become a registered nurse.

All shadowed areas need to be filled in or circled.

**Start Date:** 07 / 06 / 2020

Approximate Length of Program including Gen Eds: 75 Weeks (20 months)

**Anticipated End Date:** 12 / 18 / 2021

---

**Schedule for the Nursing Core Courses are listed below.** Please check the days you could attend:

**Lecture/Lab Day:** _X_ Monday  _x_ Tuesday  _X_ Wednesday  ____ Thursday  ____ Friday  ____ Saturday

(____ AM or _X_ PM)   Class Time  6pm  To  11pm  (Specify)

---

### PROGRAM SCHEDULE:

Clinical Rotations: Includes a combination of medical facility, simulation lab and other field experience. The Student will receive further details of this schedule at the mandatory orientation which occurs approximately one week before classes begin.

Most Clinical Sites are within 50 miles of the College; however, site(s) can be located up to 100 miles from the College. The Nursing Program will continually strive to provide students with clinical experiences that meet their academic and scheduling needs, but students must be flexible and take these experiences as they become available.

**ACCREDITATION AND PROGRAM LENGTH:**

**72 semester credits: approximately 1,485 clock hours, 5 semesters, 20 months**

This program is approved by the Florida Board of Nursing (https://floridasnursing.gov/). HCI College is accredited by the Accrediting Commission of Career Schools and Colleges, 2101 Wilson Boulevard, Suite 302, Arlington, Virginia 22201. (703) 247-4212 (www.accsc.org).

### Associate of Science Degree in Nursing Program Length

| | |
|---|---|
| NUR Classes (Core) $730.00 per credit hour: | 42 Credits |
| Medical Pre-requisite Courses (MPC) $645 per credit hour: | 18 Credits |
| General Education Pre-Requisite Courses $645 per credit hour: | 12 Credits |

| Tuition and Application Fee | |
|---|---|
| Tuition | $50,010 |
| Application Fee | $50 |
| Total Program Cost | $50,060 |

**Tuition and Fees Breakdown Per Semester:**

| Semester | Course Number | Course Name | Credits | Tuition |
|---|---|---|---|---|
| Semester 1 | BSC2085C | Human Anatomy & Physiology I (MPC) | 4 | $2,580 |
| | ENC1101 | English Composition I | 3 | $1,935 |
| | MGF1106 | Liberal Arts Mathematics | 3 | $1,935 |
| | PSY2012 | General Psychology | 3 | $1,935 |
| | | Total for Semester One | | $8,385 |
| Semester 2 | MCB2010C | Microbiology (MPC) | 4 | $2,580 |
| | HUN1201 | Elements of Nutrition (MPC) | 3 | $1,935 |
| | BSC2086 | Human Anatomy & Physiology II (MPC) | 4 | $2,580 |
| | DEP2004 | Human Growth & Development (MPC) | 3 | $1,935 |
| | SPC2608 | Speech | 3 | $1,935 |
| | | Total for Semester Two | | $10,965 |
| Semester 3 | NUR1023 | Nursing I, Lecture | 5 | $3,650 |
| | NUR1022L | Nursing I, Lab | 2 | $1,460 |
| | NUR1023L | Nursing I, Clinical | 3 | $2,190 |
| | NUR2140 | Introduction to Pharmacology for Nursing | 3 | $2,190 |
| | | Total for Semester Three | | $9,490 |
| Semester 4 | NUR1213 | Nursing II, Lecture | 7 | $5,110 |
| | NUR1213L | Nursing II, Clinical | 3 | $2,190 |
| | NUR2520 | Psychiatric Nursing, Lecture | 3 | $2,190 |
| | NUR2520L | Psychiatric Nursing, Clinical | 1 | $730 |
| | | Total for Semester Four | | $10,220 |
| Semester 5 | NUR2261 | Nursing III, Lecture | 5 | $3,650 |
| | NUR2261L | Nursing III, Clinical | 4 | $2,920 |
| | NUR2943L | Nursing Capstone | 6 | $4,380 |
| | | Total for Semester Five | | $10,950 |
| | | **TOTAL** | 72 | $50,010 |

A set of required materials, textbooks, and uniforms are provided at no additional cost.



## Admission Requirement Checklist for the ASN Program:

**In order to begin the admissions process for the Associate of Science Degree in Nursing, an applicant must:**

- Complete and sign an application including payment of the application fee
- Pass a criminal background check (within the past 12 months)[1]
- Pass and have a current (within the past six months) 10 panel drug screen[1]
- Be 18 years of age prior to the start of classes
- Provide a valid Driver's License or government issued photo ID
- Provide proof of High School graduation (Diploma) or successful completion of the General Education Development test (GED), or recognized equivalents of a high school diploma, or provide verification of graduation of an Associate degree or higher from an accredited college or university. Acceptance of any of the documents listed above is at the sole discretion of the College.
- Meet HCI College's technical requirements
- Pass the Smarter Measure Learning Readiness Indicator with a minimum score of 70% in technical competency, 70% in Life Factors, and 60% in Technical Knowledge.
- Pass the Test of Essential Academic Skills (TEAS) with a minimum composite score of 55 (please see the TEAS policy for further information). Applicants must earn a minimum score of 80 on the HESI A2 Exam. The results of the HESI A2 will be accepted for up to one year after the test date of the exam.

[1] Certain findings on background checks or drug screen can hinder or prevent a student from clinical/ride placement or pursuing licensure in most program fields offered by HCI College.

## METHOD OF PAYMENT:

Option 1: Payment may be made by credit card or debit card.
  HCI College accepts VISA, MasterCard, Discover and American Express.
Option 2: Payment may be made by check or money order. No cash is accepted.
  There is a $36 fee for checks returned for any reason.
Option 3: HCI College participates in Florida Prepaid College Fund (www.myfloridaprepaid.com), Bright Futures (http://www.floridastudentfinancialaid.org/ssfad/bf/) and is approved for participation in various funding programs offered through the Veterans' Administration (http://www.benefits.va.gov/gibill/). Note: Program benefits may vary depending on individual eligibility.
Option 4: Financial Aid available to those who qualify.

The Application Form in this packet plus the Application Fee must be submitted prior to submitting the Enrollment Agreement. All required documents must be submitted before attending class. Tuition and related fees are due in full according to your payment schedule agreed upon at the time of registration and acceptance of the Enrollment Agreement.

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED The dollar amount of the credit provided to you or on your behalf. | TOTAL OF PAYMENT The amount you will have paid after you have made all payments as scheduled. | TOTAL SALE PRICE The total cost of your purchase on credit including your down payment |
|---|---|---|---|---|
| N/A | $ N/A | $ N/A | $ N/A | $ N/A |

| YOUR PAYMENT SCHEDULE WILL BE: | | |
|---|---|---|
| **NUMBER OF PAYMENTS** | ***AMOUNT OF EACH PAYMENT** | **WHEN PAYMENTS ARE DUE** |
| N/A | N/A | Beginning on ___/__N/A__/___ and on the same day each (check one) _N/A_ month or _N/A_ bi-weekly thereafter |

*Minimum monthly payment exceptions are made if student is fully funded by a third-party agency.

## REFUND POLICIES

### Refunds for Courses Cancelled

All monies will be refunded within 30 days of the schedule start date if HCI College cancels any class.



HCI College Enrollment Agreement – Nursing (ASN) Program - WPB    rev 01/27/2020   *Page 3 of 6*   INITIAL

## Cancellation/Withdrawal Refund Policy

HCI College offers a refund to students who withdraw from the program or to the sources from which the student's prepaid fees came, according to the schedule outlined below. This refund is based on tuition. Any student wishing to cancel and enrollment or withdraw should complete and sign a Cancellation/Withdrawal Form. The Withdrawal Form and procedure may be obtained at HCI College's registration desk in Suite 101 at the West Palm Beach Campus or Suite 101 at the Fort Lauderdale Campus or on HCI College's website: www.HCI.edu.

A Student wishing to cancel an enrollment or withdraw may complete a Withdrawal/Cancellation Form. This form is available at www.HCI.edu or from the Registrar located in Suite 101 at the West Palm Beach Campus or 101 at the Fort Lauderdale Campus.

HCI College will refund monies paid by students in the following manner:
- All monies will be refunded if the applicant is not accepted by the College or if the student cancels within three (3) business days after signing the Enrollment Agreement and making payment.
- Cancellation after the third (3rd) business day, but before the first day of class, will result in a refund of all monies paid except for the non-refundable application fee.
- Refunds will be made within 30 calendar days of date of the cancelation with proper submission of a Withdrawal/Cancellation Form by the student. Written notification may be submitted by email, fax or in person.
- Refunds will be made within 30 calendar days of the first day of class if no written notification is provided by the student.

## Withdrawal Procedures

1. Notice of withdrawal should be made either in person or through e-mail by submitting a Withdrawal Form to the Registrar, and the date of determination will be the date the student submits the Withdrawal Form. The Withdrawal Form and procedure may be obtained from HCI College's Registrar in Suite 101 at the West Palm Beach Campus or in Suite 101 at the Fort Lauderdale Campus or on HCI College's website: www.HCI.edu.
2. If a student is withdrawn by the College for absenteeism based on the attendance policy, the student's last date of attendance will be the withdrawal date. The date of determination will be no later than 14 days after the student's last date of attendance.
3. If a student is withdrawn by the College for failure to maintain required grades or passing rate, the date of determination will be no later than 14 days after the student's last date of attendance, which will be the same day as the last failed exam or make-up exam.
4. I understand and agree that the College may change locations during my enrollment. Further, I understand that should I decide to discontinue my enrollment on or after the date of that relocation, that my refunds (if any) will be calculated using this policy.

## Return of Title IV Funds (R2T4) Policy

The requirements for federal financial aid when a student withdraw are separate from the Institutional Refund Policy, as such a student may still owe a balance to the Institution for unpaid institutional charges. Federal regulations specify how the Institution must determine the amount of Federal financial aid the student is entitled to have earned when a student withdraws from the Institution.

The percentage amount of Federal financial aid a student has earned during a semester/pay period is calculated based on the total number of calendar days completed in a semester/payment period divided by the total number of calendar days in the payment period. For students who withdraw during the semester/payment period the College will perform the return calculation on a payment period basis.

The amount of assistance earned is determined on a pro-rata basis, up through the 60% point in each semester/payment period. For example, if you completed 30% of your semester/payment period, you earn 30% of the FSA assistance you were originally scheduled to receive. After the 60% point of the semester/payment period, a student has earned 100% of the Title IV funds he or she was scheduled to receive during the period. Any time a student begins attendance in at least one course but does not begin attendance in all the courses he or she was scheduled to attend, regardless of whether the student is a withdrawal or graduate, the institution must review to see if it is necessary to recalculate the student's eligibility for funding received based on a revised enrollment status and the cost of education.

## The Order of the Return of Title IV Funds

The return of Title IV funds under the Federal Refund Policy follows a specific order, as follows:
- Unsubsidized Direct Loan, Subsidized Direct Loan, Direct PLUS Loan, Pell Grant, FSEOG, Other Funding.



## Institutional Refund Policy

The refund schedule is as follows:

1. Buyers Right to Cancel: All monies paid will be refunded if the applicant is not accepted by the College, or if the student cancels within three (3) business days after signing the Enrollment Agreement and making payment. The applicant that has not visited the College facility prior to signing the Enrollment Agreement will have the opportunity to withdraw without penalty within (three days) following either the regularly scheduled orientation procedures or following a tour of the College facilities and inspection of equipment. The nonrefundable Application fee is fully refundable as it relates to buyers right to cancel only (not to exceed $50).
2. Returned check fees are nonrefundable.
3. Withdrawal after the third business day, but before the first day of class, will result in a refund of all monies paid except for the non-refundable application fee (not to exceed $50).
4. Any textbooks, uniforms, and equipment issued must be returned to the College unused to receive full refund for those items.
5. Refunds will be made within 30 calendar days of date of the cancelation with proper submission of a Withdrawal/Cancellation Form by the student. Written notification may be submitted by email at tandrews@hci.edu, faxed to (561) 471-4010, or in person to the Business Office Manager.
6. Refunds will be made within 30 calendar days of the first day of class if no written notification is provided by the student.

## Refund Schedule:

HCI College will refund tuition paid by a Student in the following manner:

- Students who withdraw during the 14 day add/drop period for core courses and seven day add/drop period for General Education courses will receive a 100% refund of all monies paid for tuition, fees, and supplies (excluding the $50 nonrefundable application fee). Students who attend beyond the 14 day add/drop period for core courses and seven day add/drop period for General Education courses will be responsible for 100% of the tuition and fee charges for the period of enrollment (semester).

- The Withdrawal Date for refund computation will be one of the following:
    - The date Withdrawal/Cancellation Form signed by Student.
    - The date of withdrawal for unsatisfactory progress.
    - The date of withdrawal for excessive absences will be the last date of attendance.
    - The date of involuntary withdrawal by HCI College for actions that the College may deem to be in violation of its policies and procedures.



HCI College Enrollment Agreement – Nursing (ASN) Program - WPB     rev 01/27/2020   Page 5 of 6     INITIAL

*Student must read and initial each of the following sections (I – V).*

### I. GROUNDS FOR DISMISSAL
I understand and agree that at the discretion of HCI College, I can be dismissed for unsatisfactory progress, non-payment of tuition and fees, or failure to comply with College's policies, rules and regulations as stated in the HCI's Catalog.

Initial: *BR*

### II. GROUNDS FOR CANCELLATION, TERMINATION, or WITHDRAWAL
I agree to comply with all HCI College's the rules and policies and understand that the College shall have the right to terminate this Enrollment Agreement and my enrollment at any time for violation of rules and policies as outlined in the HCI College's Catalog, Addendum, and/or College's Handbooks. I understand that the College reserves the right to modify the rules and policies outlined in the Catalog with or without notification.

Initial: *BR*

### III. GRADUATION REQUIREMENTS
I understand that in order to graduate from the program and to receive a certificate of completion, diploma or degree I must successfully complete the required number of scheduled credit/clock hours as specified in the Catalog and on the Enrollment Agreement, pass **all** written and practical examinations with a minimum score of 80%, pass the ATI Predictor with a minimum score of 95% with only two attempts permitted (second attempt is at the sole cost of the student), complete all required clinical hours, achieve "Green Light" status with Virtual ATI (VATI), and satisfy all financial obligations to the College.

Initial: *BR*

### IV. EMPLOYMENT ASSISTANCE
I understand that the College has not made and will not make any guarantees of employment or salary upon my graduation. The College will provide me with placement assistance, which will consist of identifying employment opportunities and advising me on appropriate means of attempting to realize these opportunities. I authorize HCI College's representatives to contact potential employers for the purpose of advocating on my behalf and release my name and job application materials, including, but not limited to, my cover letter, resume, and transcript to prospective employers. I authorize HCI College and its third-party vendors to contact my employer to verify pertinent employment information for my graduate record.

Initial: *BR*

### V. ACKNOWLEDGEMENT
This Enrollment Agreement contains the entire agreement between HCI College and Student. I, the Student, understand that there is financial aid available to those who qualify, am responsible for payments due prior to class starting per policy and any installment contract scheduled payments until paid in full. I, the Student, also acknowledge that I have received a receipt of payment, as well as been given a copy of this completed Enrollment Agreement for my records. I, the Student, further acknowledge that a copy of the College's Catalog has been provided to me and been reviewed by me **prior** to signing this Enrollment Agreement.

Initial: *BR*

**I ACKNOWLEDGE THAT I HAVE READ AND UNDERSTAND THIS ENROLLMENT AGREEMENT. I UNDERSTAND THAT THIS IS A LEGAL AND BINDING AGREEMENT BETWEEN THE COLLEGE AND MYSELF. ADDITIONALLY, I HAVE RECEIVED A COPY OF THIS ENROLLMENT AGREEMENT AND HAVE READ THE CURRENT CATALOG.**

DocuSigned by: *Brittany Roberson*  —  F35062AE43374DD...
Signature of Applicant

Date: 5/27/2020

DocuSigned by: *David Shelpman*  —  F8080732584547C...
Signature of College Official

Date: 6/2/2020

