UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-81883- RAR

BRITTANY ROBERSON, REBECCA
FREEMAN, BIANCA VINAS, and
TIFFANY KING, individually and on
behalf of others similarly situated,

    Plaintiff,

v.

HEALTH CAREER INSTITUTE LLC (dba
HCI COLLEGE LLC and HCI ACQUISITION LLC),
and FLORIAN EDUCATION INVESTORS LLC,

    Defendant (s).
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

    I hereby disclose the following pursuant to this Court's Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    1. Health Career Institute LLC
    2. Florian Education Investors LLC
    3. Florian GP LLC
    4. All counsel of record

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of these proceedings:

    **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or if no creditors' committee, the 20 largest unsecured creditors):

   **None.**

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

   **None.**

5. Check one of the following:

   **X**  I certified that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

   __  I hereby certify that I am aware of conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by through Florida's e-filing portal this 1st day of February 2023 to: Eric A. Schmidt Esq. 769 Centre Street, Suite 166 Jamaica Plain, MA 02130, eschmidt@ppsl.org. Rebecca C. Eisenbrey Esq. 769 Centre Street, Suite 166 Jamaica Plain, MA 02130, reisenbrey@ppsl.org. Nicole Casey Mayer Esq. 769 Centre Street, Suite 166 Jamaica Plain, MA 02130, Nicole@mayerlawflorida.com. James J. Dean Esq. Post Office Box 15579 Tallahassee, FL 32317, jdean@lawfla.com.

By: **KUBICKI DRAPER**
110 East Broward Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
Direct Line: (954) 713-2323
MJC-KD@kubickidraper.com
BF-KD@kubickidraper.com

BY: /S/ *Michael J. Carney*
MICHAEL J. CARNEY
Florida Bar No. 44326
BARBARA FOX
Florida Bar No. 155608