**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**

| | |
|---|---|
| BRITTANY ROBERSON, REBECCA FREEMAN, BIANCA VIÑAS, and TIFFANY KING, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEALTH CAREER INSTITUTE LLC (dba HCI COLLEGE LLC and HCI ACQUISITION LLC), and FLORIAN EDUCATION INVESTORS LLC,<br><br>*Defendants*. | Civil Action No. 9:22-cv-81883-RAR<br><br>District Judge: Rodolfo A. Ruiz, II<br>Magistrate Judge: Ryon M. McCabe |

## NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT

Plaintiffs Brittany Roberson, Rebecca Freeman, Bianca Viñas, and Tiffany King hereby notify the Court that they intend to file an amended complaint on or before February 21, 2023. On January 31, 2023, Defendant Health Career Institute LLC filed a partial motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 27) and Defendant Florian Education Investors filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) (ECF No. 26). Pursuant to Local Rule 7.1(c)(2), Plaintiffs' deadline to oppose the motions would be February 14, 2023. Rather than opposing the motions, Plaintiffs have chosen to file an amended complaint.

Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), the deadline for amending as a matter of course is February 21, 2023; pursuant to the Scheduling Order entered in this case on February 6, 2023 (ECF No. 35), the deadline for amending is March 17, 2023.

Plaintiffs submit this notice only to avoid any confusion about the timeliness of their pleadings.

Dated: 2/14/2023

Respectfully submitted,

*/s/ Nicole Mayer*
NICOLE MAYER
Florida Bar No. 012035
Nicole@MayerLawFlorida.com
171 Dommerich Drive.
Maitland, Florida 32751
(352) 494-3657

REBECCA EISENBREY
(*pro hac vice*)
reisenbrey@ppsl.org
ERIC SCHMIDT
(*pro hac vice*)
eschmidt@ppsl.org
Project on Predatory Student Lending
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
(617) 390-2669

## Certificate of Service

I hereby certify that on this 14th day of February 2023, the foregoing **PLAINTIFFS' NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT** was served on counsel of record through the CM/ECF system, which will notify all counsel of record.

*/s/ Nicole Mayer*
NICOLE MAYER
Florida Bar No. 012035
Nicole@MayerLawFlorida.com
171 Dommerich Drive.
Maitland, Florida 32751
(352) 494-3657