**STATE OF FLORIDA UNIFORM COMMERCIAL CODE
FINANCING STATEMENT FORM**

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
TAMELA BUTLER; 7039964853
Email TAMELA.BUTLER@TUITIONOPTIONS.COM

B. SEND ACKNOWLEDGEMENT TO:

Florida Secured Transaction Registry

**FILED**

2017 May 17 05:08 AM

****** 201701239173 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| FLORIAN EDUCATION INVESTORS LLC DBA HEALTH CAREER INSTITUTE LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS Line One: 1764 N. CONGRESS AVENUE | | | This space not available. |
| MAILING ADDRESS Line Two: SUITE 203 | CITY: WEST PALM BEACH | STATE: FL  POSTAL CODE: 33409 | COUNTRY: US |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS Line One | | | This space not available. |
| MAILING ADDRESS Line Two | CITY | STATE  POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| TUITION OPTIONS LLC | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS Line One: 14000 HORIZON WAY #400 | | | This space not available. |
| MAILING ADDRESS Line Two | CITY: MOUNT LAUREL | STATE: NJ  POSTAL CODE: 08054 | COUNTRY: US |

**4. This FINANCING STATEMENT covers the following collateral:**

See Exhibit A attached.

**5. ALTERNATE DESIGNATION (if applicable)**   ☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ AG LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.05/2013)   Filing Office Copy   Approved by the Secretary of State, State of Florida

# EXHIBIT A

1. Any contract, promissory note, instrument, document, and/or other agreement evidencing, or securing or guaranteeing repayment of, any loan made by Debtor to any student or former student of Debtor which is funded and/or serviced by the Secured Party, including but not limited to: (1) those loans originated by Debtor and listed on the Account Detail Report maintained by the Secured Party for the Collateral, as the same may be amended, modified or updated from time to time (a copy of which is available upon request from the Secured Party) and (2) all retail installment contracts, education loan promissory notes and guaranty agreements (collectively, "Pledged Student Loan Documents").

2. All Collections.

3. Any and all of the property at any time delivered, pledged, assigned or transferred by the Debtor to the Secured Party, and any other property of every kind or description of the Debtor, now or hereafter, in the possession or control of, or in transit to, the Secured Party or any agent, bailee or custodian for the Secured Party.

4. All present and future rights, claims, demands and causes of action in respect of any or all of the foregoing and all revenues or other payments on or under and all proceeds of every kind and nature whatsoever in respect of any or all of the foregoing, including all proceeds of the conversion, voluntary or involuntary, into cash or other liquid property, and all rights to payment of any and every kind and other forms of obligations and receivables, instruments and other property which at any time constitute all or part of or are included in the products and proceeds of any of the foregoing.

Capitalized terms used above and not defined above are defined as follows:
"Collections" means, with respect to any Receivable, all funds which are received on behalf of the related Obligor in payment of any amounts owed (including, without limitation, finance charges, interest, administration fees, and all other charges) in respect of such Receivable, or applied to such amounts owed by such Obligor.

"Obligor" means a person or entity obligated to make payments with respect to a Receivable or any person or entity providing a Guaranty with respect to such Receivable.

"Receivable" means any right to payment from a person or entity, whether constituting an account, chattel paper, instrument or a general intangible, arising under or pursuant to any Pledged Student Loan Document, and includes the right to payment of any interest or finance charges and other obligations of such person or entity with respect thereto.