UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

| | |
|---|---|
| BRITTANY ROBERSON, REBECCA FREEMAN, BIANCA VIÑAS, TIFFANY KING, and TRESHA THOMPSON, individually and on behalf of others similarly situated,<br><br>*Plaintiff(s)*,<br><br>v.<br><br>HCI COLLEGE LLC (DBA HEALTH CAREER INSTITUTE LLC), FLORIAN EDUCATION INVESTORS LLC, and STEVEN W. HART,<br><br>*Defendant(s)*. | Civil Action No. 9:22-CIV-81883-RAR |

**NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION**

As required by the Court's order of February 6, 2023, ECF No. 35, Plaintiffs, with Defendants' consent, hereby file the attached proposed order scheduling mediation.

Dated: February 24, 2023          Respectfully Submitted,

*/s/ Nicole Mayer*
NICOLE MAYER
Florida Bar No. 012035
Nicole@MayerLawFlorida.com
171 Dommerich Drive.
Maitland, Florida 32751
(352) 494-3657

REBECCA EISENBREY
(*pro hac vice*)
reisenbrey@ppsl.org
ERIC SCHMIDT
(*pro hac vice*)
eschmidt@ppsl.org

Project on Predatory Student Lending
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
(617) 390-2669

*Attorneys for Plaintiffs*

/s/ Michael J. Carney
MICHAEL J. CARNEY
Florida Bar No. 44326
MJC-KD@kubickidraper.com
BARBARA FOX
Florida Bar No. 155608
BF-KD@kubickidraper.com
KUBICKI DRAPER
110 East Broward Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
(954) 713-2323

*Attorneys for Defendants*