## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
### West Palm Beach Division

|  |  |
|---|---|
| BRITTANY ROBERSON, REBECCA FREEMAN, BIANCA VIÑAS, TIFFANY KING, and TRESHA THOMPSON, individually and on behalf of others similarly situated, | Civil Action No. 9:22-cv-81883-RAR |
| *Plaintiffs*, |  |
| v. |  |
| HEALTH CAREER INSTITUTE LLC (dba HCI COLLEGE LLC and HCI ACQUISITION LLC), FLORIAN EDUCATION INVESTORS LLC, and STEVEN W. HART, |  |
| *Defendants*. |  |

### PLAINTIFFS' NOTICE OF INTENT TO SERVE SUBPOENAS

Pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, Plaintiffs hereby notify Defendant of their intent to serve subpoenas on five third-party recipients as soon as can be reasonably effectuated, commanding production of documents, electronically stored information, or tangible things or the inspection of premises before trial. Copies of these subpoenas are attached hereto:

**Exhibit A** – Plaintiffs' subpoena to be served on the Florida Board of Nursing ("BON");

**Exhibit B** – Plaintiffs' subpoena to be served on the Florida Commission for Independent Education ("CIE");

**Exhibit C** – Plaintiffs' subpoena to be served on the Florida Office of Financial Regulation;

**Exhibit D** – Plaintiffs' subpoena to be served on HCI's accreditor, the Accrediting Commission of Career Schools and Colleges ("ACCSC");

**Exhibit E** – Plaintiffs' subpoena to be served on the Accreditation Commission for Education in Nursing ("ACEN").

**Exhibit F** – Plaintiffs' subpoena to the Florida Department of Revenue ("DOR").

Dated: 03/9/23

Respectfully submitted,

*/s/ Nicole Mayer*
NICOLE MAYER
Florida Bar No. 012035
Nicole@MayerLawFlorida.com
171 Dommerich Drive.
Maitland, Florida 32751
(352) 494-3657

REBECCA EISENBREY
(*pro hac vice*)
reisenbrey@ppsl.org
ERIC SCHMIDT
(*pro hac vice*)
eschmidt@ppsl.org
Project on Predatory Student Lending
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
(617) 390-2669

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was emailed to all counsel of record on the 9th day of March 2023.

/s/ Nicole C. Mayer

## SERVICE LIST

Michael John Carney
MJC-KD@kubickidraper.com

Barbara Elizabeth Fox
BF-KD@kubickidraper.com

Bob L. Harris
bharris@lawfla.com
ahopkins@lawfla.com
ccarstens@lawfla.com

James Joseph Dean
jdean@lawfla.com
tweiss@lawfla.com

**ATTACHMENT**
**TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
**TO THE FLORIDA BOARD OF NURSING**

**DEFINITIONS**

1. "All" shall be construed as all, each, any, and every.

2. "Communications" is used in the broadest sense possible and means every manner of disclosure, transfer, or exchange of information to another Person or Persons, whether orally, written, electronically (including e-mail, voicemail, voicemail which is delivered by email, text messages, tweet, direct messages, instant messaging, other social media communication, and/or any other form of electronic correspondence or exchange), by Document, mail, personal delivery, face-to-face meeting, or otherwise. All such Communications in writing shall include, without limitation, printed, typed, handwritten, or other Documents.

3. "Concerning" means relating to, referring to, describing, evidencing, or constituting, in whole or in part, directly or indirectly, the stated subject matter.

4. "Document(s)" means written, recorded, and graphic material of every kind and Electronically Stored Information—including drawings, graphs, charts, photographs, sound recordings, video recordings, images, and other data and data compilations—stored in any medium from which information can be obtained either directly or, if necessary, translated into a reasonably usable form. Document(s) includes the labels or metadata associated with each original or copy.

5. "Electronically Stored Information," or "ESI" means the complete original and any non-identical copy (whether different from the original because of notations, different metadata, or otherwise) of any electronically created or stored information, including e-mail, instant messaging, videoconferencing, SMS, MMS, or other text messaging, and other electronic correspondence (whether active, archived, unsent, or in a sent or deleted-items folder), word processing files,

spreadsheets, databases, unorganized data, Document metadata, presentation files, video recordings, and sound recordings, regardless of how or where the information is stored, including if it is on a mobile device.

6. "HCI" refers to the Florida-based for-profit nursing school – known previously and variously as Health Career Institute, HCI, and HCI College – located in West Palm Beach, Florida, and operating campuses both in West Palm Beach and in Fort Lauderdale, Florida. These campuses offer ASN degrees for students seeking to become Registered Nurses ("RNs"). The West Palm Beach campus currently operates under NCLEX code 704146, and previously operated under NCLEX code 70755. The Fort Lauderdale campus operates under NCLEX code 704135.

7. "HCI's nursing program" refers to the programs of study HCI offered RN students at both its West Palm Beach and Fort Lauderdale campuses.

## <u>INSTRUCTIONS</u>

1. These Requests are continuing Requests. Any additional Documents that are received, discovered, or created after the time of initial production are required to be produced promptly.

2. All responsive Documents are to be produced in electronic format, transmitted via email or contained on a reviewable USB drive, CD, or some similar medium of production.

3. If any responsive Documents are withheld on an assertion of privilege or other immunity from disclosure, the following information must be provided:

    a.   statement of the basis for the claim of privilege or other immunity from disclosure;

    b.   the date of the Document;

    c.   the Document's authors, recipients, and all persons copied on the Document (including blind copied) and, if applicable, their titles and employer; and

    d.  a description of the subject matter of the Document that is sufficient to assess the merits of the claim of privilege.

4.  If no Documents exist that are responsive to a particular Request, this must be so stated in writing.

5.  If objecting to any Request, please state with specificity the grounds for each such objection.

6.  All Documents relevant to this District Court Action and responsive to the Requests must be preserved.

## REQUESTS FOR PRODUCTION

1.  All Documents, ESI, and Communications from between January 1, 2017, and the present concerning any findings by the Board of Nursing that HCI's nursing program warranted probationary status.

2.  All Documents, ESI, and Communications from between January 1, 2017, and the present concerning any academic deficiencies – including clinical programs, curricular standards, faculty qualifications, or programmatic quality – at HCI's nursing program.

3.  All Documents, ESI, and Communications from between January 1, 2017 and the present concerning the NCLEX passage rates, graduation rates, enrollment figures (including demographic data), and outcome metrics of HCI's nursing program.

4.  All Documents, ESI, and Communications from between January 1, 2017, and the present concerning HCI's application for, and the Board's consideration and approval of, a new NCLEX code in 2018.

5.  HCI's 2021 Annual Report submitted to the Board for its nursing program operating under NCLEX code 704146.

**ATTACHMENT**
**TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
**TO THE FLORIDA COMMISSION OF INDEPENDENT EDUCATION**

**DEFINITIONS**

1. "All" shall be construed as all, each, any, and every.

2. "Communications" is used in the broadest sense possible and means every manner of disclosure, transfer, or exchange of information to another Person or Persons, whether orally, written, electronically (including e-mail, voicemail, voicemail which is delivered by email, text messages, tweet, direct messages, instant messaging, other social media communication, and/or any other form of electronic correspondence or exchange), by Document, mail, personal delivery, face-to-face meeting, or otherwise. All such Communications in writing shall include, without limitation, printed, typed, handwritten, or other Documents.

3. "Concerning" means relating to, referring to, describing, evidencing, or constituting, in whole or in part, directly or indirectly, the stated subject matter.

4. "Document(s)" means written, recorded, and graphic material of every kind and Electronically Stored Information—including drawings, graphs, charts, photographs, sound recordings, video recordings, images, and other data and data compilations—stored in any medium from which information can be obtained either directly or, if necessary, translated into a reasonably usable form. Document(s) includes the labels or metadata associated with each original or copy.

5. "Electronically Stored Information," or "ESI" means the complete original and any non-identical copy (whether different from the original because of notations, different metadata, or otherwise) of any electronically created or stored information, including e-mail, instant messaging, videoconferencing, SMS, MMS, or other text messaging, and other electronic correspondence (whether active, archived, unsent, or in a sent or deleted-items folder), word processing files,

1

spreadsheets, databases, unorganized data, Document metadata, presentation files, video recordings, and sound recordings, regardless of how or where the information is stored, including if it is on a mobile device.

6. "HCI" refers to the Florida-based for-profit nursing school – known previously and variously as Health Career Institute, HCI, and HCI College – located in West Palm Beach, Florida, and operating campuses both in West Palm Beach and in Fort Lauderdale, Florida.

7. "HCI's nursing program" refers to the programs of study HCI offered RN students at both its West Palm Beach and Fort Lauderdale campuses.

## **INSTRUCTIONS**

1. These Requests are continuing Requests. Any additional Documents that are received, discovered, or created after the time of initial production are required to be produced promptly.

2. All responsive Documents are to be produced in electronic format, transmitted via email or contained on a reviewable USB drive, CD, or some similar medium of production.

3. If any responsive Documents are withheld on an assertion of privilege or other immunity from disclosure, the following information must be provided:

    a. statement of the basis for the claim of privilege or other immunity from disclosure;

    b. the date of the Document;

    c. the Document's authors, recipients, and all persons copied on the Document (including blind copied) and, if applicable, their titles and employer; and

    d. a description of the subject matter of the Document that is sufficient to assess the merits of the claim of privilege.

4. If no Documents exist that are responsive to a particular Request, this must be so stated in writing.

5.    If objecting to any Request, please state with specificity the grounds for each such objection.

6.    All Documents relevant to this District Court Action and responsive to the Requests must be preserved.

## <u>REQUESTS FOR PRODUCTION</u>

1.    All Documents, ESI, and Communications from between January 1, 2017, and the present concerning any findings of wrongdoing by HCI, audits, reviews, or reviews of academic outcomes related to HCI's nursing program.

**ATTACHMENT**
**TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
**TO THE FLORIDA OFFICE OF FINANCIAL REGULATION**

**DEFINITIONS**

1. "All" shall be construed as all, each, any, and every.

2. "Communications" is used in the broadest sense possible and means every manner of disclosure, transfer, or exchange of information to another Person or Persons, whether orally, written, electronically (including e-mail, voicemail, voicemail which is delivered by email, text messages, tweet, direct messages, instant messaging, other social media communication, and/or any other form of electronic correspondence or exchange), by Document, mail, personal delivery, face-to-face meeting, or otherwise. All such Communications in writing shall include, without limitation, printed, typed, handwritten, or other Documents.

3. "Concerning" means relating to, referring to, describing, evidencing, or constituting, in whole or in part, directly or indirectly, the stated subject matter.

4. "Document(s)" means written, recorded, and graphic material of every kind and Electronically Stored Information—including drawings, graphs, charts, photographs, sound recordings, video recordings, images, and other data and data compilations—stored in any medium from which information can be obtained either directly or, if necessary, translated into a reasonably usable form. Document(s) includes the labels or metadata associated with each original or copy.

5. "Electronically Stored Information," or "ESI" means the complete original and any non-identical copy (whether different from the original because of notations, different metadata, or otherwise) of any electronically created or stored information, including e-mail, instant messaging, videoconferencing, SMS, MMS, or other text messaging, and other electronic correspondence (whether active, archived, unsent, or in a sent or deleted-items folder), word processing files,

spreadsheets, databases, unorganized data, Document metadata, presentation files, video recordings, and sound recordings, regardless of how or where the information is stored, including if it is on a mobile device.

6.  "HCI" refers to the Florida-based for-profit nursing school – known previously and variously as Health Career Institute, HCI, and HCI College – located in West Palm Beach, Florida, and operating campuses both in West Palm Beach and in Fort Lauderdale, Florida.

7.  "Tuition Options" refers to a third-party student loan servicer based in Mount Laurel Township, NJ, which services retail installment contracts on behalf of HCI.

## **INSTRUCTIONS**

1.  These Requests are continuing Requests. Any additional Documents that are received, discovered, or created after the time of initial production are required to be produced promptly.

2.  All responsive Documents are to be produced in electronic format, transmitted via email or contained on a reviewable USB drive, CD, or some similar medium of production.

3.  If any responsive Documents are withheld on an assertion of privilege or other immunity from disclosure, the following information must be provided:

   a.  statement of the basis for the claim of privilege or other immunity from disclosure;

   b.  the date of the Document;

   c.  the Document's authors, recipients, and all persons copied on the Document (including blind copied) and, if applicable, their titles and employer; and

   d.  a description of the subject matter of the Document that is sufficient to assess the merits of the claim of privilege.

4.  If no Documents exist that are responsive to a particular Request, this must be so stated in writing.

5.   If objecting to any Request, please state with specificity the grounds for each such objection.

6.   All Documents relevant to this District Court Action and responsive to the Requests must be preserved.

## <u>REQUESTS FOR PRODUCTION</u>

1.   All Documents, ESI, and Communications from between January 1, 2017, and the present concerning any licensure applications submitted by either HCI or Tuition Options, particularly with respect to retail installment contracts.

2.   All Documents, ESI, and Communications from between January 1, 2017, and the present concerning any audits, reviews, regulatory oversight, or findings of wrongdoing related to HCI.

3.   All Documents, ESI, and Communications from between January 1, 2017, and the present referencing whether for-profit post-secondary institutions in general, or a specific for-profit post-secondary institution, must possess a Florida license to offer retail installment contracts to students in connection with tuition and fees.

**ATTACHMENT**
**TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
**TO THE ACCREDITING COMMISSION OF CAREER SCHOOLS & COLLEGES**

**DEFINITIONS**

1.      "All" shall be construed as all, each, any, and every.

2.      "Communications" is used in the broadest sense possible and means every manner of disclosure, transfer, or exchange of information to another Person or Persons, whether orally, written, electronically (including e-mail, voicemail, voicemail which is delivered by email, text messages, tweet, direct messages, instant messaging, other social media communication, and/or any other form of electronic correspondence or exchange), by Document, mail, personal delivery, face-to-face meeting, or otherwise. All such Communications in writing shall include, without limitation, printed, typed, handwritten, or other Documents.

3.      "Concerning" means relating to, referring to, describing, evidencing, or constituting, in whole or in part, directly or indirectly, the stated subject matter.

4.      "Document(s)" means written, recorded, and graphic material of every kind and Electronically Stored Information—including drawings, graphs, charts, photographs, sound recordings, video recordings, images, and other data and data compilations—stored in any medium from which information can be obtained either directly or, if necessary, translated into a reasonably usable form. Document(s) includes the labels or metadata associated with each original or copy.

5.      "Electronically Stored Information," or "ESI" means the complete original and any non-identical copy (whether different from the original because of notations, different metadata, or otherwise) of any electronically created or stored information, including e-mail, instant messaging, videoconferencing, SMS, MMS, or other text messaging, and other electronic correspondence (whether active, archived, unsent, or in a sent or deleted-items folder), word

1

processing files, spreadsheets, databases, unorganized data, Document metadata, presentation files, video recordings, and sound recordings, regardless of how or where the information is stored, including if it is on a mobile device.

6.      "HCI" refers to the Florida-based for-profit nursing school – known previously and variously as Health Career Institute, HCI, and HCI College – located in West Palm Beach, Florida, and operating campuses both in West Palm Beach and in Fort Lauderdale, Florida. These campuses offer ASN degrees for students seeking to become Registered Nurses ("RNs"). The West Palm Beach campus currently operates under NCLEX code 704146, and previously operated under NCLEX code 70755. The Fort Lauderdale campus operates under NCLEX code 704135.

7.      "HCI's nursing program" refers to the programs of study HCI offered RN students at both its West Palm Beach and Fort Lauderdale campuses.

## **INSTRUCTIONS**

1.      These Requests are continuing Requests. Any additional Documents that are received, discovered, or created after the time of initial production are required to be produced promptly.

2.      All responsive Documents are to be produced in electronic format, transmitted via email or contained on a reviewable USB drive, CD, or some similar medium of production.

3.      If any responsive Documents are withheld on an assertion of privilege or other immunity from disclosure, the following information must be provided:

        a.   statement of the basis for the claim of privilege or other immunity from disclosure;

        b.   the date of the Document;

    c.  the Document's authors, recipients, and all persons copied on the Document (including blind copied) and, if applicable, their titles and employer; and

    d.  a description of the subject matter of the Document that is sufficient to assess the merits of the claim of privilege.

4.    If no Documents exist that are responsive to a particular Request, this must be so stated in writing.

5.    If objecting to any Request, please state with specificity the grounds for each such objection.

6.    All Documents relevant to this District Court Action and responsive to the Requests must be preserved.

## **REQUESTS FOR PRODUCTION**

1.    All Documents, ESI, and Communications from between January 1, 2017 and the present concerning any findings of deficient academic outcomes related to HCI's nursing programs.

2.    All Documents, ESI, and Communications from between January 1, 2017 and the present concerning HCI's nursing programs failure to meet accreditation requirements.

3.    All Annual Reports (as defined in Section V(B) of the ACCSC Standards of Accreditation Rules of Process and Procedure) provided to You by HCI College, or provided by another on HCI College's behalf, from between January 1, 2017, and the present.

4.    Between January 1, 2017, and the present, all Notices (as described in Section V(B)(6) of the ACCSC Standards of Accreditation Rules of Process and Procedure) that You provided HCI College regarding an Annual Report raising questions about the continued

compliance of the school with ACCSC standards or requirements and all Documents referencing or discussing the contents of such notices.

5.      All Annual Financial Statements (as described in Section V(C) of the ACCSC Standards of Accreditation Rules of Process and Procedure)  provided to You by HCI College, or provided by another on HCI College's behalf, from between January 1, 2017, and the present.

6.      All Notification Reports (as described in Section V(E) of the ACCSC Standards of Accreditation Rules of Process and Procedure) and supporting and/or related Documents and Communications provided to You by HCI College, or provided by another on HCI College's behalf.

**ATTACHMENT**
**TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
**TO THE ACCREDITATION COMMISSION FOR EDUCATION IN NURSING**

**DEFINITIONS**

1.      "All" shall be construed as all, each, any, and every.

2.      "Communications" is used in the broadest sense possible and means every manner of disclosure, transfer, or exchange of information to another Person or Persons, whether orally, written, electronically (including e-mail, voicemail, voicemail which is delivered by email, text messages, tweet, direct messages, instant messaging, other social media communication, and/or any other form of electronic correspondence or exchange), by Document, mail, personal delivery, face-to-face meeting, or otherwise. All such Communications in writing shall include, without limitation, printed, typed, handwritten, or other Documents.

3.      "Concerning" means relating to, referring to, describing, evidencing, or constituting, in whole or in part, directly or indirectly, the stated subject matter.

4.      "Document(s)" means written, recorded, and graphic material of every kind, including Electronically Stored Information—including drawings, graphs, charts, photographs, sound recordings, video recordings, images, and other data and data compilations—stored in any medium from which information can be obtained either directly or, if necessary, translated into a reasonably usable form. Document(s) includes the labels or metadata associated with each original or copy.

5.      "Electronically Stored Information," or "ESI," means the complete original and any non-identical copy (whether different from the original because of notations, different metadata, or otherwise) of any electronically created or stored information, including e-mail, instant messaging, videoconferencing, SMS, MMS, or other text messaging, and other electronic

1

correspondence (whether active, archived, unsent, or in a sent or deleted-items folder), word processing files, spreadsheets, databases, unorganized data, Document metadata, presentation files, video recordings, and sound recordings, regardless of how or where the information is stored, including if it is on a mobile device.

6.      "HCI" refers to the Florida-based for-profit nursing school known as HCI College, previously and variously as Health Career Institute, Health Career Institutes, and HCI, headquartered in West Palm Beach, Florida, and operating campuses both in West Palm Beach and in Fort Lauderdale. These campuses offer ASN degrees for students seeking to become Registered Nurses ("RNs"). The West Palm Beach campus currently operates under NCLEX code 704146, and previously operated under NCLEX code 70755. The Fort Lauderdale campus operates under NCLEX code 704135.

7.      "HCI's nursing program" refers to the programs of study HCI offered students seeking to become RNs at both its West Palm Beach and Fort Lauderdale campuses.

## INSTRUCTIONS

1.      These Requests are continuing Requests. Any additional Documents that are received, discovered, or created after the time of initial production are required to be produced promptly.

2.      All responsive Documents are to be produced in electronic format, transmitted via email or contained on a reviewable USB drive, CD, or some similar medium of production.

3.      If any responsive Documents are withheld on an assertion of privilege or other immunity from disclosure, the following information must be provided:

a.   statement of the basis for the claim of privilege or other immunity from disclosure;

b.   the date of the Document;

c.  the Document's authors, recipients, and all persons copied on the Document (including blind copied) and, if applicable, their titles and employer; and

d.  a description of the subject matter of the Document that is sufficient to assess the merits of the claim of privilege.

4.  If objecting to any Request on grounds other than privilege or immunity, please state with specificity the grounds for each such objection.

5.  If no Documents exist that are responsive to a particular Request, this must be so stated in writing.

6.  All Documents relevant to this District Court Action and responsive to the Requests must be preserved.

**REQUESTS FOR PRODUCTION**

1.  All Candidacy Eligibility Applications submitted by HCI for the nursing programs it offered to students seeking to become RNs between January 1, 2016, and the present.

2.  All Candidacy Presentations submitted by HCI for the nursing programs it offered to students seeking to become RNs between January 1, 2016, and the present.

3.  All Documents, ESI, and Communications between January 1, 2016, and the present concerning any applications that HCI submitted on behalf of HCI's nursing programs seeking programmatic accreditation.

4.  All Documents, ESI, and Communications between January 1, 2016, and the present concerning ACEN's review of any applications HCI submitted seeking programmatic accreditation for HCI's nursing programs.

5.  All Documents, ESI, and Communications between January 1, 2016, and the present concerning any withdrawal from ACEN accreditation or ACEN candidacy status by HCI.

3

6.      All Communication between You and HCI regarding HCI's mention of ACEN on HCI's websites.

**ATTACHMENT**
**TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS**
**TO THE FLORIDA DEPARTMENT OF REVENUE**

**DEFINITIONS**

1.  "All" shall be construed as all, each, any, and every.

2.  "Communications" is used in the broadest sense possible and means every manner of disclosure, transfer, or exchange of information to another Person or Persons, whether orally, written, electronically (including e-mail, voicemail, voicemail which is delivered by email, text messages, tweet, direct messages, instant messaging, other social media communication, and/or any other form of electronic correspondence or exchange), by Document, mail, personal delivery, face-to-face meeting, or otherwise. All such Communications in writing shall include, without limitation, printed, typed, handwritten, or other Documents.

3.  "Concerning" means relating to, referring to, describing, evidencing, or constituting, in whole or in part, directly or indirectly, the stated subject matter.

4.  "Document(s)" means written, recorded, and graphic material of every kind and Electronically Stored Information—including drawings, graphs, charts, photographs, sound recordings, video recordings, images, and other data and data compilations—stored in any medium from which information can be obtained either directly or, if necessary, translated into a reasonably usable form. Document(s) includes the labels or metadata associated with each original or copy.

5.  "Electronically Stored Information," or "ESI" means the complete original and any non-identical copy (whether different from the original because of notations, different metadata, or otherwise) of any electronically created or stored information, including e-mail, instant messaging, videoconferencing, SMS, MMS, or other text messaging, and other electronic correspondence (whether active, archived, unsent, or in a sent or deleted-items folder), word processing files,

1

spreadsheets, databases, unorganized data, Document metadata, presentation files, video recordings, and sound recordings, regardless of how or where the information is stored, including if it is on a mobile device.

6. "HCI" refers to the Florida-based for-profit nursing school – known previously and variously as Health Career Institute, HCI, and HCI College – located in West Palm Beach, Florida, and operating campuses both in West Palm Beach and in Fort Lauderdale, Florida.

7. "Tuition Options" refers to a third-party student loan servicer based in Mount Laurel Township, NJ, which services retail installment contracts on behalf of HCI.

## **INSTRUCTIONS**

1. These Requests are continuing Requests. Any additional Documents that are received, discovered, or created after the time of initial production are required to be produced promptly.

2. All responsive Documents are to be produced in electronic format, transmitted via email or contained on a reviewable USB drive, CD, or some similar medium of production.

3. If any responsive Documents are withheld on an assertion of privilege or other immunity from disclosure, the following information must be provided:

    a. statement of the basis for the claim of privilege or other immunity from disclosure;

    b. the date of the Document;

    c. the Document's authors, recipients, and all persons copied on the Document (including blind copied) and, if applicable, their titles and employer; and

    d. a description of the subject matter of the Document that is sufficient to assess the merits of the claim of privilege.

4. If no Documents exist that are responsive to a particular Request, this must be so stated in writing.

5.  If objecting to any Request, please state with specificity the grounds for each such objection.

6.  All Documents relevant to this District Court Action and responsive to the Requests must be preserved.

## REQUESTS FOR PRODUCTION

1.  All Documents, ESI, and Communications from between January 1, 2017, and the present discussing whether for-profit post-secondary institutions must pay documentary stamp tax for instruments signed in Florida that evidence indebtedness resulting from retail installment contracts offered by the institutions to their students for payment of tuition and fees.

2.  All Documents, ESI, and Communications from between January 1, 2017, and the present concerning any documentary stamp tax paid by HCI College, or on HCI College's behalf, in connection with the retail installment contracts it offers its students.

3.  All Documents, ESI, and Communications from between January 1, 2017, and the present concerning any documentary stamp tax paid by Tuition Options in connection with the retail installment contracts debt obligations that it services for HCI College.