UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

| | |
|---|---|
| BRITTANY ROBERSON, REBECCA FREEMAN, BIANCA VIÑAS, TIFFANY KING, and TRESHA THOMPSON, individually and on behalf of others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>HEALTH CAREER INSTITUTE LLC (dba HCI COLLEGE LLC and HCI ACQUISITION LLC), FLORIAN EDUCATION INVESTORS LLC, and STEVEN W. HART,<br><br>    *Defendants*. | Civil Action No. 9:22-cv-81883-RAR<br><br>District Judge: Rodolfo A. Ruiz, II<br>Magistrate Judge: Ryon M. McCabe |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Victoria F. Roytenberg of the law firm of the Project on Predatory Student Lending, 769 Centre Street, Suite 166, Jamaica Plain, MA 02130, Telephone: (617) 390-2669, for purposes of appearance as co-counsel on behalf of Brittany Roberson, Rebecca Freeman, Bianca Viñas, and Tiffany King, on behalf of themselves and all others similarly situated ("Plaintiffs"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Victoria F. Roytenberg to receive electronic filings in this case, and in support thereof states as follows:

1. Victoria F. Roytenberg is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the Commonwealth of Massachusetts and State of New York and is admitted before the United States District Courts for, the District of Massachusetts and the Southern District of New York, and United States Court of Appeals for Circuit.

2. Movant, Nicole C. Myer, Esquire, of the law firm of Mayer Law PLLC, 171 Dommerich Drive, Maitland, FL 32751, Telephone: (352) 494-3657, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Victoria F. Roytenberg has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Victoria F. Roytenberg, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Victoria F. Roytenberg at email address: vroytenberg@ppsl.org.

WHEREFORE, Nicole C. Mayer, moves this Court to enter an Order for Victoria F. Roytenberg, to appear before this Court on behalf of Plaintiffs, for all purposes relating to the

proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Victoria F. Roytenberg.

Date: 05/10/2023							Respectfully submitted,

							*/s/Nicole C. Mayer*
							NICOLE C. MAYER
							Florida Bar No. 012035
							nicole@mayerlawflorida.com
							Mayer Law PLLC
							(352) 494-3657

							Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

| | |
|---|---|
| BRITTANY ROBERSON, REBECCA FREEMAN, BIANCA VIÑAS, TIFFANY KING, and TRESHA THOMPSON, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEALTH CAREER INSTITUTE LLC (dba HCI COLLEGE LLC and HCI ACQUISITION LLC), FLORIAN EDUCATION INVESTORS LLC, and STEVEN W. HART,<br><br>*Defendants*. | Civil Action No. 9:22-cv-81883-RAR<br><br>District Judge: Rodolfo A. Ruiz, II<br>Magistrate Judge: Ryon M. McCabe |

## CERTIFICATION OF VICTORIA F. ROYTENBERG

Victoria F. Roytenberg, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bars of the Commonwealth of Massachusetts and State of New York, and I am admitted before the United States District Courts for, the District of Massachusetts and the Southern District of New York, and the United States Court of Appeals for the First Circuit; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

_____
Victoria F. Roytenberg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

| | |
|---|---|
| BRITTANY ROBERSON, REBECCA FREEMAN, BIANCA VIÑAS, TIFFANY KING, and TRESHA THOMPSON, individually and on behalf of others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>HEALTH CAREER INSTITUTE LLC (dba HCI COLLEGE LLC and HCI ACQUISITION LLC), FLORIAN EDUCATION INVESTORS LLC, and STEVEN W. HART,<br><br>    *Defendants*. | Civil Action No. 9:22-cv-81883-RAR<br><br>District Judge: Rodolfo A. Ruiz, II<br>Magistrate Judge: Ryon M. McCabe |

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Victoria F. Roytenberg, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Victoria F. Roytenberg, may appear and participate in this action on behalf of Plaintiffs.  The Clerk shall provide electronic notification of all electronic filings to Victoria F. Roytenberg, vroytenberg@ppsl.org.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this _____ day of __.

                                                                _____

                                                                     United States District Judge

Copies furnished to: All Counsel of Record