# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
# West Palm Beach Division

BRITTANY ROBERSON, REBECCA FREEMAN, BIANCA VIÑAS, TIFFANY KING, and TRESHA THOMPSON, individually and on behalf of others similarly situated,

  *Plaintiff(s)*,

v.

HCI COLLEGE LLC (DBA HEALTH CAREER INSTITUTE LLC), FLORIAN EDUCATION INVESTORS LLC, and STEVEN W. HART,

  *Defendant(s)*.

Civil Action No. 9:22-CIV-81883-RAR

## JOINT MOTION TO POSTONE MEDIATION

As required by the Court's order of February 6, 2023, ECF No. 35, the Parties agreed to, and this Court ordered, mediation for June 15, 2023, ECF Nos. 42, 43. On May 10, 2023, this Court granted Plaintiffs' motion to extend the deadlines for class discovery and Plaintiffs' motion for class certification by forty-five 45 days. The deadline for completing class certification discovery is now July 3, 2023, and the deadline for Plaintiffs to file their motion for class certification is now July 20, 2023. Because of additional delays and complications with discovery, the Parties anticipate seeking a further extension of deadlines in the Court's Scheduling Order. As a result, the Parties agree that mediation on June 15, 2023, would be premature. The Parties therefore jointly move this Court to postpone their scheduled mediation. The Parties will submit a renewed proposed order setting mediation after Plaintiffs have filed their motion for class certification.

Dated: June 15, 2023                    Respectfully Submitted,

<div style="margin-left: 40%;">

<u>/s/ Nicole Mayer</u>
NICOLE MAYER
Florida Bar No. 012035
Nicole@MayerLawFlorida.com
171 Dommerich Drive.
Maitland, Florida 32751
(352) 494-3657

REBECCA EISENBREY
(*pro hac vice*)
reisenbrey@ppsl.org
Victoria Roytenberg
(*pro hac vice*)
vryotenberg@ppsl.org
Project on Predatory Student Lending
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
(617) 322-2808

***Attorneys for Plaintiffs***

<u>/s/ Michael J. Carney</u>
MICHAEL J. CARNEY
Florida Bar No. 44326
MJC-KD@kubickidraper.com
BARBARA FOX
Florida Bar No. 155608
BF-KD@kubickidraper.com
KUBICKI DRAPER
110 East Broward Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
(954) 713-2323

***Attorneys for Defendants***

</div>