## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

### CASE No. 9:22-CIV-81883-RAR

BRITTANY ROBERSON, REBECCA FREEMAN, BIANCA VIÑAS, TIFFANY KING, and TRESHA THOMPSON, individually and on behalf of others similarly situated,

 *Plaintiff(s)*,

v.

HCI COLLEGE LLC (DBA HEALTH CAREER INSTITUTE LLC), FLORIAN EDUCATION INVESTORS LLC, and STEVEN W. HART,

 *Defendant(s)*.

## [PROPOSED] ORDER POSTPONING MEDIATION

The mediation conference in this matter that was scheduled to be held with Rodney Max on June 15, 2023, at 10:00 a.m. is hereby postponed. The Parties shall file a renewed proposed order setting mediation after Plaintiffs have filed their motion for class certification.

**DONE AND ORDERED** in Maimi, Florida, this ____th day of June, 2023.

_____

**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**