UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

| | |
|---|---|
| BRITTANY ROBERSON, REBECCA FREEMAN, BIANCA VIÑAS, TIFFANY KING, and TRESHA THOMPSON, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEALTH CAREER INSTITUTE LLC (dba HCI COLLEGE LLC and HCI ACQUISITION LLC), FLORIAN EDUCATION INVESTORS LLC, and STEVEN W. HART,<br><br>*Defendants*. | Civil Action No. 9:22-cv-81883-RAR |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL BETTER AND MORE COMPLETE INTERROGATORY RESPONSES FROM DEFENDANT HEALTH CAREER INSTITUTE LLC**

Pursuant to Local Rule 7.1, Plaintiffs Brittany Roberson, Rebecca Freeman, Bianca Viñas, Tiffany King, and Tresha Thompson (collectively, "Plaintiffs") hereby file this Unopposed Motion for Extension of Time to File Motion to Compel Better and More Complete Interrogatory Responses from Defendant Health Career Institute LLC (dba HCI College LLC and HCI Acquisition LLC) ("HCI").

1.  Plaintiffs served their first set of interrogatories on HCI on April 20, 2023. Responses were due on May 22, 2023, but HCI sought, and Plaintiffs granted, an extension until May 26.

2. On June 9, 2023, counsel for the Parties conferred by phone. Undersigned counsel raised several issues with HCI's interrogatory responses, including HCI's objection that certain interrogatories were vague or ambiguous. Counsel agreed that undersigned counsel would send a formal discovery letter after Plaintiffs' depositions, which were scheduled to occur the following week.

3. At the close of depositions, Defendants' counsel stipulated to an extension until July 3 for Plaintiffs to file a motion to compel better and more complete interrogatory responses, pursuant to Local Rule 26.1(g)(1).

4. On June 26, 2023, undersigned counsel sent Defendants' counsel a detailed letter describing specific deficiencies in HCI's interrogatory responses, providing further explanation of certain terms of art, and requesting better and more complete responses, and asked for a telephonic conference to discuss the contents of the letter as soon as possible. On June 29, 2023, Defendants' counsel proposed a call the following afternoon.

5. At the June 30 conference, Defendants' counsel stated that, because they had been diligently working to comply with the deadline for HCI's responses to Plaintiffs' second request for production, they had not had the opportunity to carefully review the discovery letter or to begin preparing supplemental discovery responses. Counsel for the parties agreed to reconvene on July 7, 2023, to determine whether any disputes remain to be resolved and to discuss a timeline for supplemental responses.

6. Plaintiffs request an extension of 18 days, until July 21, 2023, to file a motion to compel, if necessary, based on any deficiencies that may remain after HCI has supplemented its responses.

7. Good cause exists to extend the deadline. The Parties have been working cooperatively to manage the discovery process. The requested extension will allow Plaintiffs adequate time to review and determine whether the forthcoming supplemental responses are sufficient and will obviate the need for potentially unnecessary discovery motions.

8. The requested extension is not for the purpose of delay and will not prejudice the Parties.

WHEREFORE, Plaintiffs respectfully asks this Court to grant their Unopposed Motion for Extension of Time and enter an Order permitting Plaintiffs an extension of 18 days, until July 21, to file a motion to compel as to any remaining deficient discovery responses.

### Certificate of Good Faith Conference

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with counsel for Defendants, who stated they did not oppose this motion.

Dated: June 30, 2023

Respectfully submitted,

*/s/ Nicole Mayer*
NICOLE MAYER
Florida Bar No. 012035
Nicole@MayerLawFlorida.com
171 Dommerich Drive
Maitland, Florida 32751
(352) 494-3657

REBECCA EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
VICTORIA ROYTENBERG (*pro hac vice*)
vroytenberg@ppsl.org
Project on Predatory Student Lending
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
(617) 322-2808

*Counsel for Plaintiffs*