UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-81883-RAR

**BRITTANY ROBERSON**, *et al.*,

   Plaintiffs,

v.

**HEALTH CAREER INSTITUTE LLC**, *et al.*,

   Defendants.
_____/

### ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER

**THIS CAUSE** comes before the Court upon the parties' Joint Motion to Amend Scheduling Order, filed on July 14, 2023. [ECF No. 74]. The Court having carefully reviewed the record, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED** as set forth herein.

The deadlines set by this Court's Scheduling Order on February 6, 2023, [ECF No. 35], and modified by this Court on May 10, 2023, [ECF No. 66], are hereby extended by 90 days, as follows:

| Current Deadline | Amended Deadline |
| --- | --- |
| July 3, 2023, deadline for completing class certification discovery. | October 2, 2023, deadline for completing class certification discovery. |
| July 20, 2023, Plaintiffs file motion for class certification. | October 18, 2023, Plaintiffs file motion for class certification. |
| October 3, 2023, deadline to exchange expert witness summaries or reports. | January 2, 2024, deadline to exchange expert witness summaries or reports. |
| October 17, 2023, deadline to exchange rebuttal expert witness summaries or reports. | January 16, 2024, deadline to exchange rebuttal expert witness summaries or reports. |
| November 7, 2023, deadline for completion of mediation and submission of mediation report. | February 5, 2024, deadline for completion of mediation and submission of mediation report. |
| November 14, 2023, deadline to file all pre-trial motions. | February 12, 2024, deadline to file all pre-trial motions. |

| | |
|---|---|
| December 12, 2023, deadline to submit a joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and to file any motions in limine (other than *Daubert* motions). | March 11, 2024, deadline to submit a joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable, and to file any motions in limine (other than *Daubert* motions). |

This case is now set for trial during the Court's two-week trial calendar beginning on **May 6, 2024**. Counsel for all parties shall also appear at a calendar call at **11:00 A.M. on April 30, 2024**. The trial and all other proceedings in this case shall be conducted in Courtroom 11-2, 11th Floor, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128.

**DONE AND ORDERED** in Miami, Florida, this 14th day of July, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**