UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-81883-Ruiz/McCabe

BRITTANY ROBERSON, et al.,

    Plaintiffs,

v.

HEALTH CAREER INSTITUTE LLC, et al.,

    Defendants.
_____/

### ORDER ON MOTION TO COMPEL (DE 77)

THIS CAUSE is before the Court on Plaintiffs' Motion to Compel Department of Revenue to Produce Records ("Motion"). A hearing on the Motion was held on July 31, 2023. The Court is fully advised, and **ORDERS AND ADJUDGES** as follows:

Plaintiffs served their subpoena on the Department of Revenue on April 20, 2023 (DE 77 ¶ 5). On May 5, 2023, the Department of Revenue responded to Plaintiffs' subpoena, explaining that it required a Court order to provide the responsive documentation (DE 77 ¶ 6). Plaintiffs therefore filed this Motion pursuant to Federal Rule of Civil Procedure 45 to request an order compelling the Department of Revenue to produce documents responsive to Request Nos. 2 and 3 in the subpoena (DE 77 ¶ 7). During the July 31, 2023 discovery hearing, Defendants advised that the Motion is not opposed. The Court also finds good cause to compel this production. Accordingly, the Motion (DE 77) is **GRANTED**.

**DONE and ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 31st day of July 2023.

_____
RYON M. MCCABE
U.S. MAGISTRATE JUDGE