UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-81883-Ruiz/McCabe

BRITTANY ROBERSON, et al.,

    Plaintiffs,

v.

HEALTH CAREER INSTITUTE LLC, et al.,

    Defendants.
_____/

### ORDER FOLLOWING SEPTEMBER 6, 2023 DISCOVERY HEARING

THIS CAUSE came before the Court on Defendants' Motion to Define the Scope of Financial Discovery (DE 89) and Plaintiffs' Motion to Compel Deposition Testimony (DE 91). Being fully advised, the Court **ORDERS AND ADJUDGES** as follows:

1)     The Court **GRANTS** Plaintiffs' Motion to Compel Deposition Testimony (DE 91). Defense witnesses Pedro De Guzman (in his capacity under Fed. R. Civ. P. 30(b)(6)) and Steven Hart shall sit for subsequent depositions, at times and places mutually agreed to by the parties, and shall answer the questions they were instructed not to answer during their previous depositions. The Court has reviewed the transcripts of the previous depositions and finds the questions to be within the permissible scope of discovery. *See Myers v. Central Florida Investments, Inc.*, No. 6:04-cv-1542, 2005 WL 8159929, *3 (M.D. Fla. 2005) ("[M]ost federal courts which have addressed the issue have adhered to the view that information about a defendant's net worth is relevant whenever punitive damages are pled…"); *Fantroy v. Publix Super Markets, Inc.*, No. 8:12-CV-1940, 2013 WL 12156111, at *1 (M.D.

Fla. Oct. 30, 2013) ("[A] motion to compel answers to deposition questions should be granted if the questions are relevant to a party's claim or defense and do not seek privileged information.")

2) In light of the ruling in paragraph 1, the Court **DENIES AS MOOT** Defendants' Motion to Define the Scope of Financial Discovery (DE 89).

3) Finally, the Court **DENIES** Plaintiffs' request for an award of attorney's fees pursuant to Fed. R. Civ. P. 37, as the Court finds Defendants' arguments on these issues were substantially justified.

**DONE and ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 6th day of September 2023.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE