UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-81883-RAR

**BRITTANY ROBERSON**, *et al.*, *individually and on behalf of all others similarly situated*,

    Plaintiffs,

v.

**HEALTH CAREER INSTITUTE LLC**, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** comes before the Court *sua sponte*. On December 19, 2023, Plaintiffs filed their Motion for Certification of a Rule 23 Class ("Motion"). Pursuant to Local Rule 7.1(c), Defendants' response to the Motion is due on or before January 2, 2024—requiring counsel for Defendants to spend the upcoming holidays buried in briefing. While the Court could certainly permit the existing response deadline to stand, it has no interest in being known as the Jurist Who Stole Christmas. So, while the Court declines to engage in the primary method of spreading holiday cheer,[1] it will *sua sponte* extend the briefing schedule to allow counsel to spend time with their families at the end of the year.

Accordingly, Defendants' response to the Motion shall be due **January 12, 2024** and Plaintiffs' reply shall be due **January 19, 2024**. The Court wishes counsel for both parties a very happy and healthy holiday season.

**DONE AND ORDERED** in Miami, Florida, this 20th day of December, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

---

[1] Which is, of course, "singing loud for all to hear." *See* ELF (New Line Cinema 2003).