UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

| | |
|---|---|
| BRITTANY ROBERSON, REBECCA FREEMAN, BIANCA VIÑAS, TIFFANY KING, and TRESHA THOMPSON, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>HEALTH CAREER INSTITUTE LLC (dba HCI COLLEGE LLC and HCI ACQUISITION LLC), FLORIAN EDUCATION INVESTORS LLC, and STEVEN W. HART,<br><br>*Defendants*. | Civil Action No. 9:22-cv-81883-RAR |

**PLAINTIFFS' UNOPPOSED MOTION FOR RECONSIDERATION OF THE COURT'S ORDER [ECF NO. 145] GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME [ECF NO. 144]**

Pursuant to Local Rule 7.1, Plaintiffs Brittany Roberson, Rebecca Freeman, Bianca Viñas, Tiffany King, and Tresha Thompson (collectively, "Plaintiffs") hereby file this Unopposed Motion for Reconsideration of Judge McCabe's December 27, 2023, Paperless Order (ECF No. 145), which granted Plaintiffs' Motion for Extension of Time to File Motion to Compel Better and More Complete Discovery Responses (ECF No. 144) but limited the scope of such motion to the supplemental production ordered by this Court on October 27, 2023 (ECF No. 133). In support of this Motion, Plaintiffs state as follows:

1. On December 22, 2023, Plaintiffs filed an unopposed motion (ECF No. 144, "Motion for Extension") requesting an extension until January 9, 2024, to file motions to compel

1

pursuant to Local Rule 26.1(g)(1) as to: (1) Defendant HCI's supplemental production produced pursuant to this Court's Order No. 133 entered October 27, 2023; (2) Defendant Florian Education Investor's November 22, 2023, and December 1, 2023, Responses to Plaintiffs' Second Set of Requests for Production; and (3) Defendant HCI's December 1, 2023, Responses to Plaintiffs' Third Set of Requests for Production.

2. The purpose of the Motion for Extension was to allow the parties to further meet and confer, and negate, or at least substantially narrow, any motions to compel with respect to the outstanding discovery issues.

3. Believing that discovery in this Case had closed, this Court entered a Paperless Order on December 27, 2023 (ECF No. 145), granting the Motion for Extension but limiting the scope of such motion to Defendant HCI's supplemental production ordered by the Court on October 27, 2023 (ECF No. 133).

4. Plaintiffs respectfully ask that the Court reconsider its order in light of the fact that **Judge Ruiz entered an order on October 24, 2023 (ECF No. 128), setting a March 29, 2024, deadline for the close of all discovery**.

5. WHEREFORE, Plaintiffs respectfully asks that this Court reconsider its December 27, 2023, Order and permit Plaintiffs until January 9, 2024, to file any necessary motions to compel with respect to: (1) Defendant HCI's supplemental production produced pursuant to this Court's Order No. 133 entered October 27, 2023; (2) Defendant Florian Education Investor's November 22, 2023, and December 1, 2023, Responses to Plaintiffs' Second Set of Requests for Production; and (3) Defendant HCI's December 1, 2023, Responses to Plaintiffs' Third Set of Requests for Production.

## Certificate of Good Faith Conference

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with counsel for Defendants, who stated they did not oppose this motion.

Dated: December 29, 2023

                Respectfully submitted,

                */s/ Nicole Mayer*
                NICOLE MAYER
                MAYER LAW PLLC
                Florida Bar No. 012035
                Nicole@MayerLawFlorida.com
                171 Dommerich Drive
                Maitland, Florida 32751
                (352) 494-3657


                JENNIFER THELUSMA
                Florida Bar No. 1019776
                jthelusma@ppsl.org
                REBECCA EISENBREY
                (*pro hac vice*)
                reisenbrey@ppsl.org
                VICTORIA ROYTENBERG
                (*pro hac vice*)
                vroytenberg@ppsl.org
                Project on Predatory Student Lending
                769 Centre Street, Suite 160
                Jamaica Plain, MA 02130
                (617) 390-2669

                ***Attorneys for Plaintiffs***