UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-81883-RAR

**BRITTANY ROBERSON**, *et al.*,
*individually and on behalf of all*
*others similarly situated*,

    Plaintiffs,

v.

**HEALTH CAREER INSTITUTE LLC**, *et al.*,

    Defendants.
_____/

## AMENDED SCHEDULING ORDER

**THIS CAUSE** came before the Court for a Status Conference on February 1, 2024, [ECF No. 184]. Having considered the parties' positions articulated at the Status Conference, relevant discovery rulings issued by Magistrate Judge McCabe, [ECF No. 185], and being otherwise fully advised, the Court finds good cause to amend its previous Scheduling Orders, [ECF Nos. 111, 128], as set forth herein. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion for Certification of a Rule 23 Class, [ECF Nos. 141, 142] is hereby **DENIED** *without prejudice* **and with leave to refile** on or before **March 4, 2024**.[1] Upon the filing of Plaintiffs' Motion for Certification of a Rule 23 Class, Defendants shall file a response within **twenty (20) days**. Thereafter, Plaintiffs shall file a reply to Defendants' Response within **fourteen (14) days.**

---

[1] Accordingly, Defendants' Motion for Leave to File Sur-Reply, [ECF No. 176], is **DENIED as moot**.

2. On or before **February 12, 2024**, the parties shall schedule mediation. The mediation shall take place on or before **May 31, 2024**. A mediation report shall be filed within **seven (7) days** thereafter.

3. This matter is hereby **REMOVED** from the Court's two-week trial calendar beginning on July 10, 2024 pending the adjudication of Plaintiffs' forthcoming Motion for Certification of a Rule 23 Class.

4. All other deadlines set in the Court's previous Scheduling Orders, [ECF Nos. 111, 128], are hereby **TERMINATED** pending the adjudication of Plaintiffs' forthcoming Motion for Certification of a Rule 23 Class.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of February, 2024.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE