UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-81883-RAR

**BRITTANY ROBERSON**, *et al.*,
*individually and on behalf of all others similarly situated*,

    Plaintiffs,

v.

**HEALTH CAREER INSTITUTE LLC**, *et al.*,

    Defendants.

_____/

## REFERRAL TO SETTLEMENT CONFERENCE

**THIS CAUSE** comes before the Court *sua sponte*. This case is hereby **REFERRED** for purposes of a settlement conference before Magistrate Judge William Matthewman. Except as provided under Local Rule 16.2.E, the appearance of counsel and each party, or representatives of each party with full authority to enter into a full and complete settlement, is mandatory. All discussions, representations, and statements made at the settlement conference shall be confidential and privileged. If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within **three (3) days** of the conference.

Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to the dismissal of this action or entry of default.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of February, 2024.

                                                                  _____
                                                                  **RODOLFO A. RUIZ II**
                                                                  **UNITED STATES DISTRICT JUDGE**