UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-81883-RAR

**BRITTANY ROBERSON**, *et al.*,
*individually and on behalf of all*
*others similarly situated*,

    Plaintiffs,

v.

**HEALTH CAREER INSTITUTE LLC**, *et al.*,

    Defendants.
_____/

## REVISED AMENDED SCHEDULING ORDER

**THIS CAUSE** comes before the Court on the Joint Motion to Clarify and Correct or Amend Scheduling Order ("Joint Motion"), [ECF No. 191]. Having considered the Joint Motion, and being otherwise fully advised, the Court finds good cause to amend its previous Amended Scheduling Order, [ECF No. 186], as set forth herein. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs shall file their Motion for Certification of a Rule 23 Class of no more than **thirty-five (35) pages** on or before **April 5, 2024**. Upon the filing of Plaintiffs' Motion for Certification of a Rule 23 Class, Defendants shall file a response of no more than **thirty (30) pages** within **twenty (20) days**. Thereafter, Plaintiffs shall file a reply to Defendants' Response of no more than **fifteen (15) pages** within **fourteen (14) days.**

2. Should the parties fail to reach a resolution of this dispute at either the settlement conference or mediation, the Court shall reinstate the fact discovery deadline and all other remaining deadlines, as necessary. In the interim, the Court declines to permit fact discovery

unrelated to the issue of class certification in the interest of judicial economy and to mitigate the cost of ongoing litigation. Accordingly, all other deadlines in the Court's previous Scheduling Orders, [ECF Nos. 111, 128], remain terminated pending the adjudication of Plaintiff's forthcoming Motion for Certification of a Rule 23 Class.

**DONE AND ORDERED** in Miami, Florida, this 7th day of February, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**