UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

| | |
|---|---|
| BRITTANY ROBERSON, REBECCA FREEMAN, BIANCA VIÑAS, TIFFANY KING, and TRESHA THOMPSON, individually and on behalf of others similarly situated,<br><br>  *Plaintiffs*,<br><br>v.<br><br>HEALTH CAREER INSTITUTE LLC (dba HCI COLLEGE LLC and HCI ACQUISITION LLC), FLORIAN EDUCATION INVESTORS LLC, and STEVEN W. HART,<br><br>  *Defendants*. | Civil Action No. 9:22-cv-81883-RAR<br><br>District Judge: Rodolfo A. Ruiz, II<br>Magistrate Judge: Ryon M. McCabe |

## NOTICE OF FILING MEDIATOR'S REPORT

  Pursuant to Local Rule 16.2(f), Plaintiffs Brittany Roberson, Rebecca Freeman, Bianca Viñas, Tiffany King, and Tresha Thompson ("Plaintiffs") hereby file the Mediation Disposition Report authored by Mediator Lance Harke regarding the parties' June 18, 2024, mediation, attached hereto as Exhibit 1.

**Dated**: June 25, 2024

                    Respectfully submitted,

                    */s/ Nicole Mayer*
                    NICOLE MAYER
                    Florida Bar No. 012035
                    Nicole@MayerLawFlorida.com
                    **Mayer Law PLLC**
                    171 Dommerich Drive
                    Maitland, Florida 32751
                    (352) 494-3657

JENNIFER THELUSMA
Florida Bar No. 1019776
jthelusma@ppsl.org
REBECCA EISENBREY (*pro hac vice*)
reisenbrey@ppsl.org
VICTORIA ROYTENBERG (*pro hac vice*)
vroytenberg@ppsl.org
**Project on Predatory Student Lending**
769 Centre Street, Suite 166
Jamaica Plain, MA 02130
(617) 322-2843

*Attorneys for Plaintiffs*