UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:22-cv-81883-RAR

BRITTANY ROBERSON, REBECCA FREEMAN, BIANCA VIÑAS, TIFFANY KING, and TRESHA THOMPSON, individually and on behalf of others similarly situated,
Plaintiffs,
vs.
HEALTH CAREER INSTITUTE LLC (dba HCI COLLEGE LLC and HCI ACQUISITION LLC), FLORIAN EDUCATION INVESTORS LLC, and STEVEN W. HART,
Defendants.
_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on June 18, 2024.  The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

XX   All PLAINTIFFS and their respective trial counsel.
XX   All DEFENDANTS and/or their fully authorized claims representative, and their respective trial counsel.

XX   The parties reached an impasse as to all issues.

### CERTIFICATE OF SERVICE

I hereby certify that on 6/21/2024 a true and correct copy of the above was sent via Electronic Mail to:  **Rebecca Eisenbrey, Esquire**, at reisenbrey@ppsl.org; and to **Michael Carney, Esquire**, at mjc@kubickidraper.com; Andrea.Gibson@kubickidraper.com; mjc-kd@kubickidraper.com; and to **Jennifer Thelusma, Esquire**, at jthelusma@ppsl.org; vroytenberg@ppsl.org; and to **Barbara E. Fox, Esquire**, at bf@kubickidraper.com; Pamela.Verdejo@kubickidraper.com; and to **Bob Harris, Esquire**, at bharris@lawfla.com; and to **James Dean, Esquire**, at jdean@lawfla.com.

Respectfully submitted,

*/s/ LANCE A. HARKE*

Lance A. Harke, Mediator
Mediator # 38635R
Upchurch Watson White & Max
One Biscayne Tower
2 South Biscayne Boulevard, Suite 2030
Miami, FL 33131
Phone: 305-266-1224 Fax: 305-640-8447
lharke@uww-adr.com