# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-CV-81883-RAR

**BRITTANY ROBERSON**, *et al.*,
*individually and on behalf of all*
*others similarly situated*,

    Plaintiffs,

v.

**HEALTH CAREER INSTITUTE LLC**, *et al.*,

    Defendants.

_____/

## REFERRAL TO SECOND SETTLEMENT CONFERENCE

**THIS CAUSE** came before the Court for a status conference on June 28, 2024, [ECF No. 226]. As discussed with the parties, this case is hereby **REFERRED** for purposes of a settlement conference before Magistrate Judge William Matthewman. Except as provided under Local Rule 16.2.E, the appearance of counsel and each party, or representatives of each party with full authority to enter into a full and complete settlement, is mandatory.[1]

All discussions, representations, and statements made at the settlement conference shall be confidential and privileged. If the case is settled at the settlement conference, counsel shall promptly notify the Court by filing a notice of settlement signed by counsel of record within **three (3) days** of the conference.

Failure to comply with **ANY** of these procedures may result in the imposition of appropriate sanctions, including but not limited to the dismissal of this action or entry of default.

---

[1] Although the Court has no objection to the named Plaintiffs appearing via videoconference, the Court wholly defers to Magistrate Judge Matthewman's policies and procedures.

**DONE AND ORDERED** in Miami, Florida, this 28th day of June, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**