*Plaintiffs have omitted from this chart any catalog versions or addendums in which no changes were made to the categories in Columns E, F, and G herein.*

| Doc. | Location | Nursing Exit Exam Policy | Required Grades | Graduation Requirements |
|---|---|---|---|---|
| 8/13/19 HCI Cllege Student Catalog 2019- Volume II | HCI002099 | P. 41<br>**Nursing Exit Exam Policy**<br>Students are assessed in specific content areas utilizing ATI Proctored Exams. At the end of each Nursing core course, students must demonstrate competency. A student who fails to demonstrate competency is required to complete a two-week remediation program, and to pass a second ATI Proctored Exam, prior to continuing to the next course level. A student is permitted one re-take of each end of course ATI Exam. Students must pass all Nursing ATI Proctored exam to advance to the next semester.<br><br>In the final semester, students are required to achieve a minimum score of 95% on the Predicted Probability of Passing NCLEX-RN ATI Proctored Exam - the Comprehensive Predictor Test (CPT). Students who score below a 95% on the CPT will be permitted one re-take upon completing the two-week remediation program. Failure to achieve a score of 95% for the second time will result in repeating the Leadership portion of Nursing III which consists of three (3) parts: Leadership Didactic information, preceptorship in the community/clinical environment, and Capstone. If a student fails to meet the required score at the end of the second attempt of the Leadership portion of Nursing III, the student will be dismissed. | P. 41<br>**Required Grades**<br>A grade of (80%) or higher is required for all Nursing Core and (70%) or higher for General Education Courses Nursing Students must pass all Nursing ATI Proctored exams.<br><br>An Assessment Technologies Institute (ATI) specialty exam score classified as Proficiency Level 2 is considered necessary to meet NCLEX-RN standards, in the specialty content area for Nursing.<br><br>A 95% predictability score on the ATI Comprehensive predictor is required to pass course: NUR2943L. It is a 180-item test (three hours long) that offers assessment of the student's comprehension and mastery of nursing content and integration of NCLEX Client Need categories similar to the percentage of items on the NCLEX-RN. Any student who receives anomaly warnings from ATI based on the ATI Predictor must retake an ATI Predictor on campus and achieve a minimum of 95%. Any student who receives anomaly warnings from ATI during enrollment in Virtual ATI (VATI) may be required to repeat additional remediation and exams online or on campus. as recommended by the Coach or Director of Nursing prior to release of the students name to the Florida Board of Nursing. If student is deemed to be 100% complete by their ATI Coach, but the Coach is unable to award Greenlight based on anomaly warnings, the student will be required to repeat, retest, or remediate as determined by the Director of Nursing and or the ATI Coach. | P. 71<br>**Nursing Program - Graduation Requirements**<br>To be eligible for graduation and receive a diploma and, or a degree as appropriate, the student must have:<br>- Completed the required clock and credit hours for the program in which they were enrolled.<br>- Repeated and successfully completed any failed courses, with the understanding that the maximum time frame shall not exceed 1.5 times the normal duration or number of clock hours required to complete the program.<br>- Completed at least 25% of the course requirements of the program at HCI College.<br>- Met all financial obligations to the school.<br>- General Education courses must be taken in their course sequencing and must be taken prior to the nursing courses. In some cases, the Vice President of Academic and Regulatory Affairs may make an exception.<br>- The Student must maintain a "B" grade in all nursing core courses and a "C" grade in general education courses for program continuation and graduation.<br>- The student must complete 100% of all required *clinical/simulation hours.<br>- Complete the proctored Specialty Exam for each semester as required with only two (2) attempts per semester permitted (a second attempt with remediation process completed and is at the sole cost of the student.<br>- Achieve a 95% predictability score on the ATI Comprehensive Predictor. If a student does not achieve a 95% predictability score, they will have one opportunity to retake the ATI Comprehensive Predictor after completing two weeks of prescribed remediation.<br>- Achieve "Green Light" status with Virtual ATI (VATI). Any student who receives anomaly warnings from ATI based on the ATI Predictor test or during enrollment in Virtual ATI (VATI) must retake an ATI Predictor on campus and achieve a minimum of 95% as well as complete additional remediation as recommended by the Director of Nursing prior to release of the student name and transcript to the Florida Board of Nursing.<br>- The student must complete a minimum of 72 credit hours.<br>- Meet all financial obligations to the school.<br>*Note: *Most Clinical Sites are within 50 miles of the school, however, there are some site(s) located up to 100 miles from the school. All travel arrangements are the responsibility of the student.*<br>Upon successful completion of the program and graduation requirements listed above:<br>- Graduated students will be qualified to sit for the National Council Licensing Exam (NCLEX).<br>The Application Form and Application Fee in this packet should be submitted prior to submitting the Enrollment. All required documents must be submitted with enrollment agreement. Tuition and related fees are due in full at time of registration and acceptance of the enrollment agreement. |

| Doc. | Location | Nursing Exit Exam Policy | Required Grades | Graduation Requirements |
|---|---|---|---|---|
| | | *Plaintiffs have omitted from this chart any catalog versions or addendums in which no changes were made to the categories in Columns E, F, and G herein.* | | |
| 1/27/20 HCI Cllege Student Catalog 2020- Volume III | HCI002202 HCI004828 | P. 43 **Nursing Exit Exam Policy** In the final semester, students are required to achieve a minimum score of 95% on the Predicted Probability of Passing NCLEX-RN ATI Proctored Exam - the Comprehensive Predictor Test (CPT). Students who score below a 95% on the CPT will be permitted one re-take upon completing the two-week remediation program. Failure to achieve a score of 95% for the second time will result in repeating the Nursing Capstone (NUR2943L). If a student fails to meet the required score at the end of the second attempt of the Leadership portion of Nursing III, the student will be dismissed. | P. 42 **Required Grades** . . . A grade of (80%) or higher is required for all Nursing Core and (70%) or higher for General Education Courses. A 95% predictability score on the ATI Comprehensive predictor is required to pass course: NUR2943L. It is a 180-item test (three hours long) that offers assessment of the student's comprehension and mastery of nursing content and integration of NCLEX Client Need categories similar to the percentage of items on the NCLEX-RN. Any student who receives anomaly warnings from ATI based on the ATI Predictor must retake an ATI Predictor on campus and achieve a minimum of 95%. Any student who receives anomaly warnings from ATI during enrollment in Virtual ATI (VATI) may be required to repeat additional remediation and exams online or on campus. as recommended by the Coach or Director of Nursing prior to release of the students name to the Florida Board of Nursing. If student is deemed to be 100% complete by their ATI Coach, but the Coach is unable to award Greenlight based on anomaly warnings, the student will be required to repeat, retest, or remediate as determined by the Director of Nursing and or the ATI Coach. | P. 73 **Nursing Program - Graduation Requirements** - General Education courses must be taken in their course sequencing and must be taken prior to the nursing courses. In some cases, the Vice President of Academic and Regulatory Affairs may make an exception. - The Student must maintain a "B" grade in all nursing core courses and a "C" grade in general education courses for program continuation and graduation. - The student must complete 100% of all required *clinical/simulation hours. - Complete the proctored Specialty Exam for each semester as required with only two (2) attempts per semester permitted (a second attempt with remediation process completed and is at the sole cost of the student. - Achieve a 95% predictability score on the ATI Comprehensive Predictor. If a student does not achieve a 95% predictability score, they will have one opportunity to retake the ATI Comprehensive Predictor after completing two weeks of prescribed remediation. - Achieve "Green Light" status with Virtual ATI (VATI). Students must achieve "Green Light" status no later than 30 days from the last day of the term. Students who fail to achieve "Green Light" status within that timeframe will be dismissed from the nursing program. Students who are dismissed may be eligible to re-take the Capstone if they have not exhausted the course repeat policy. Any student who receives anomaly warnings from ATI based on the ATI Predictor test or during enrollment in Virtual ATI (VATI) must retake an ATI Predictor on campus and achieve a minimum of 95% as well as complete additional remediation as recommended by the Director of Nursing prior to release of the student name and transcript to the Florida Board of Nursing. - The student must complete a minimum of 72 credit hours. - Meet all financial obligations to the school. Upon successful completion of the program and graduation requirements listed above: - Graduated students may be qualified to sit for the National Council Licensing Exam (NCLEX-RN). The Application Form and Application Fee in this packet should be submitted prior to submitting the Enrollment. All required documents must be submitted with enrollment agreement. Tuition and related fees are due in full at time of registration and acceptance of the enrollment agreement. |

| Doc. | Location | Nursing Exit Exam Policy | Required Grades | Graduation Requirements |
|---|---|---|---|---|
| | | *Plaintiffs have omitted from this chart any catalog versions or addendums in which no changes were made to the categories in Columns E, F, and G herein.* | | |
| 7/14/20 Addendum No. 1 to HCI College Student Catalog 2020 Vol III | HCI006864 | **Catalog, Page 43, Nursing Exit Exam Policy** In the final semester, students are required to achieve a minimum raw score of 72.7 on the Predicted Probability of Passing NCLEX-RN ATI Proctored Exam - the Comprehensive Predictor Test (CPT). Students who score below a 72.7 on the CPT will be permitted one re-take upon completing the two-week remediation program. Failure to achieve a raw score of 72.7 for the second time will result in repeating the Nursing Capstone (NUR2943L). If a student fails to meet the required score at the end of the second attempt of NUR2943L, the student will be dismissed. | | **Catalog, Page 73 Nursing Program - Graduation Requirements** - General Education courses must be taken in their course sequencing and must be taken prior to the nursing courses. In some cases, the Vice President of Academic and Regulatory Affairs may make an exception. - The Student must maintain a "B" grade in all nursing core courses and a "C" grade in general education courses for program continuation and graduation. - The student must complete 100% of all required *clinical/simulation hours. - Complete the proctored Specialty Exam for each semester as required with only two (2) attempts per semester permitted (a second attempt with remediation process completed). - Achieve a raw score of 72.7 on the ATI Comprehensive Predictor. If a student does not achieve a 72.7, they will have one opportunity to retake the ATI Comprehensive Predictor after completing two weeks of prescribed remediation. - Achieve "Green Light" status with Virtual ATI (VATI). Students must achieve "Green Light" status no later than 45 days from the last day of the term. Students who fail to achieve "Green Light" status within that timeframe will be dismissed from the nursing program. Students who are dismissed may be eligible to re-take the Capstone if they have not exhausted the course repeat policy. Any student who receives anomaly warnings from ATI based on the ATI Predictor test or during enrollment in Virtual ATI (VATI) must retake an ATI Predictor on campus and achieve a minimum raw score of 72.7 as well as complete additional remediation as recommended by the Director of Nursing prior to release of the student name and transcript to the Florida Board of Nursing. |
| 12/22/20 Addendum No. 3 to HCI College Student Catalog 2020 Vol III | HCI006870 | | | **Catalog, Page 73 Nursing Program - Graduation Requirements** - General Education courses must be taken in their course sequencing and must be taken prior to the nursing courses. In some cases, the Vice President of Academic and Regulatory Affairs may make an exception. -  The Student must maintain a "B" grade in all nursing core courses and a "C" grade in general education courses for program continuation and graduation. - The student must complete 100% of all required *clinical/simulation hours. - Complete the proctored Specialty Exam for each semester as required with only two (2) attempts per semester permitted (a second attempt with remediation process completed). - Achieve a raw score of 72.7 on the ATI Comprehensive Predictor. If a student does not achieve a 72.7, they will have one opportunity to retake the ATI Comprehensive Predictor after completing two weeks of prescribed remediation. - Achieve "Green Light" status with Virtual ATI (VATI). Students must achieve "Green Light" status by the last day of the final term in the Nursing program. Students who fail to achieve "Green Light" status within that timeframe will be dismissed from the nursing program. Students who are dismissed may be eligible to re-take the Capstone if they have not exhausted the course repeat policy. Any student who receives anomaly warnings from ATI based on the ATI Predictor test or during enrollment in Virtual ATI (VATI) must retake an ATI Predictor on campus and achieve a minimum raw score of 72.7 as well as complete additional remediation as recommended by the Director of Nursing prior to release of the student name and transcript to the Florida Board of Nursing. - The student must complete a minimum of 72 credit hours. - Meet all financial obligations to the school. |

| Doc. | Location | Nursing Exit Exam Policy | Required Grades | Graduation Requirements |
|---|---|---|---|---|
| | | | *Plaintiffs have omitted from this chart any catalog versions or addendums in which no changes were made to the categories in Columns E, F, and G herein.* | |
| 3/17/21 HCI College Student Catalog 2021- Volume IV | HCI002308 | P. 42 **Nursing Exit Exam Policy** In the final semester, students are required to achieve a minimum score of 95% on the Predicted Probability of Passing NCLEX-RN Proctored Exam. Students who score below a 95% on the Proctored Exam will be permitted one re-take upon completing the two-week remediation program. Failure to achieve a score of 95% for the second time will result in repeating the Nursing Capstone (NUR2943L). If a student fails to meet the required score at the end of the second attempt of the course, the student will be dismissed. | P.41 **Required Grades** . . . A grade of (80%) or higher is required for all Nursing Core and (70%) or higher for General Education Courses A 95% predictability score on the Comprehensive predictor is required to pass course, NUR2943L. It is a test that offers assessment of the student's comprehension and mastery of nursing content and integration of NCLEX Client Need categories similar to the percentage of items on the NCLEX-RN. Any student who receives anomaly warnings must retake the Predictor on campus and achieve a minimum of 95%. Any student who receives anomaly warnings from ATI during enrollment in Virtual ATI (VATI) may be required to repeat additional remediation and exams online or on campus. as recommended by the Coach or Director of Nursing prior to release of the students name to the Florida Board of Nursing. If student is deemed to be 100% complete by their ATI Coach, but the Coach is unable to award Greenlight based on anomaly warnings, the student will be required to repeat, retest, or remediate as determined by the Director of Nursing and or the ATI Coach. | P. 67 **Nursing Program - Graduation Requirements** General Education courses must be taken in their course sequencing and must be taken prior to the nursing courses. In some cases, the Vice President of Academic and Regulatory Affairs may make an exception. - The Student must maintain a "B" grade in all nursing core courses and a "C" grade in general education courses for program continuation and graduation. - The student must complete 100% of all required clinical/simulation hours. - Complete the proctored Specialty Exam for each semester as required with only two (2) attempts per semester permitted (a second attempt with remediation process completed). - Complete Dosage Calculation Tests per the program's requirement. - Achieve a 95% on the Comprehensive Predictor. If a student does not achieve a 95%, they will have one opportunity to retake the Comprehensive Predictor after completing two weeks of prescribed remediation. - Achieve "Green Light" status with Virtual ATI (VATI). Students must achieve "Green Light" status by the last day of the final term in the Nursing program. Students who fail to achieve "Green Light" status within that timeframe will be dismissed from the nursing program. Students who are dismissed may be eligible to re-take the Capstone if they have not exhausted the course repeat policy. Any student who receives anomaly warnings based on the Predictor test or during enrollment in Virtual ATI (VATI) must retake a Predictor on campus and achieve a minimum score of 95% as well as complete additional remediation as recommended by the Director of Nursing prior to release of the student name and transcript to the Florida Board of Nursing. - The student must complete a minimum of 72 credit hours. - Meet all financial obligations to the school. Upon successful completion of the program and graduation requirements listed above: - Graduated students may be qualified to sit for the National Council Licensing Exam (NCLEX-RN). The Application Form and Application Fee in this packet should be submitted prior to submitting the Enrollment. All required documents must be submitted with enrollment agreement. Tuition and related fees are due in full at time of registration and acceptance of the enrollment agreement. |
| 8/4/22 HCI College Student Catalog 2022-2023 Volume V | HCI002456 | *No Nursing Exit Exam Policy Section* | *No Required Grades Section* | P. 69 **ADN Program - Graduation Requirements** A student must meet the following requirements to graduate from the ADN program.: • General Education courses must be taken in their course sequencing and must be taken prior to the nursing courses. In some cases, the Senior Director of Academic Affairs may make an exception; • The student must maintain a "B" grade in all nursing core courses and a "C" grade in general education courses for program continuation and graduation; The student must complete 100% of all required clinical/simulation hours; • Complete Dosage Calculation Tests per the program's requirement; • Meet proctored exam requirements within each semester. Please see syllabus for details. • The student must complete a minimum of 72 credit hours; and • Meet all financial obligations to the College. Upon successful completion of the program and graduation requirements listed above: • Graduated students may be qualified to sit for the National Council Licensing Exam (NCLEX-RN). |

| Doc. | Location | Nursing Exit Exam Policy | Required Grades | Graduation Requirements |
|---|---|---|---|---|
| | | | *Plaintiffs have omitted from this chart any catalog versions or addendums in which no changes were made to the categories in Columns C, D, and E herein.* | |
| 2/9/23 HCI College Student Catalog 2023-2024 Volume VI | HCI001962 HCI002559 | *No Nursing Exit Exam Policy Section* | *No Required Grades Section* | P. 134<br>**Graduation Requirements - A.D.N. Program**<br>A student must meet the following requirements to graduate from the A.D.N. program:<br>1. General Education courses must be taken in their course sequencing and must be taken prior to the nursing courses. In some cases, the Vice President of Academic Affairs may make an exception;<br>2. The student must maintain a "B" grade in all nursing core courses and a "C" grade in general education courses for program continuation and graduation;<br>3. The student must complete 100% of all required clinical/simulation hours;<br>4. Complete Dosage Calculation Tests per the program's requirement;<br>5. Meet proctored exam requirements within each semester. Please see syllabus for details;<br>6. The student must complete a minimum of 72 credit hours; and<br>7. Meet all financial obligations to the College.<br>***Upon successful completion of the program and graduation requirements listed above:***<br>• Graduated students may be qualified to sit for the National Council Licensing Exam (NCLEX-RN). |