UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-81883- RAR

BRITTANY ROBERSON, REBECCA
FREEMAN, BIANCA VIÑAS, TIFFANY
KING, and TRESHA THOMPSON,
individually and on behalf of others similarly
situated,

    Plaintiffs,

v.

HEALTH CAREER INSTITUTE LLC (dba
HCI COLLEGE LLC and HCI ACQUISITION LLC),
FLORIAN EDUCATION INVESTORS LLC, and
STEVEN W. HART,

    Defendants.

_____/

**JOINT STATUS REPORT and MOTION FOR EXTENSION OF STAY**

Pursuant to this Court's Order on November 11, 2024, [DE 270], the parties hereby file this joint status report and Motion for Extension of Stay, and state:

1. At the request of the parties, this Court stayed the case up and until December 9, 2024, after having been advised that the parties were attempting to settle the matter. This Court further required the parties to file a joint status report advising of the status of the settlement negotiations. The parties hereby advise the Court that they are still engaged in settlement negotiations, have made progress towards same and remain optimistic that the case will be resolved without further litigation, but still need additional time to further iron out the detail of the agreement.

2. Accordingly, the parties hereby ask this Court to extend the stay for an additional 30 days.

3. The relief sought by this motion is not for delay or dilatory purposes and will not prejudice the parties.

WHEREFORE, the parties respectfully submit this status report and request that this Court extend the stay until January 9, 2024.

### Certificate of Good Faith Conference

Undersigned conferred with Plaintiffs' counsel pursuant to Local Rule 7.1(a)(3)(A), and the parties are in agreement as to the joint relief requested herein.

Dated: December 10, 2024,

Respectfully submitted,

BY: /S/ *Michael J. Carney*
MICHAEL J. CARNEY (Florida Bar No. 44326)
MJC-KD@kubickidraper.com
BARBARA FOX (Florida Bar No. 155608)
BF-KD@kubickidraper.com
**KUBICKI DRAPER**
110 East Broward Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
Telephone: (954) 713-2323
Attorneys for Defendants