UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-81883- RAR

BRITTANY ROBERSON, REBECCA
FREEMAN, BIANCA VIÑAS, TIFFANY
KING, and TRESHA THOMPSON,
individually and on behalf of others similarly
situated,

    Plaintiffs,

v.

HEALTH CAREER INSTITUTE LLC (dba
HCI COLLEGE LLC and HCI ACQUISITION LLC),
FLORIAN EDUCATION INVESTORS LLC, and
STEVEN W. HART,

    Defendants.
_____/

## JOINT STATUS REPORT and NOTICE OF SETTLEMENT

Pursuant to this Court's Order on December 10, 2024, [DE 271], the parties hereby file this joint status report and Notice of Settlement, and state:

1. The parties hereby advise the Court that they have reached a settlement.

2. Plaintiffs will file a notice of voluntary dismissal consistent with the terms of the settlement agreement.

3. The parties will ask the Court to retain jurisdiction to enforce the terms of the settlement agreement after dismissal.

Dated: January 10, 2024

Respectfully submitted,

BY: /S/ *Michael J. Carney*
MICHAEL J. CARNEY (Florida Bar No. 44326)
MJC-KD@kubickidraper.com
BARBARA FOX (Florida Bar No. 155608)
BF-KD@kubickidraper.com
**KUBICKI DRAPER**
110 East Broward Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
Telephone: (954) 713-2323
Attorneys for Defendants