**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-81883-RAR**

**BRITTANY ROBERSON**, *et al.*,

    Plaintiffs,

v.

**HEALTH CAREER INSTITUTE LLC**, *et al.*,

    Defendants.

_____/

**ORDER REQUIRING STIPULATION OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the parties' Joint Status Report and Notice of Settlement ("Notice"), [ECF No. 273], indicating that the parties have reached a settlement in this matter. Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. This matter shall remain **administratively CLOSED** without prejudice to the parties to file the appropriate dismissal documents within **thirty (30) days** of the date of this Order. The Notice states that the parties will ask the Court to retain jurisdiction to enforce the terms of the settlement agreement after dismissal. Notice at 1. However, the Court will not retain jurisdiction over a settlement agreement it has not fully seen or approved. Accordingly, the parties shall either include a copy of their settlement agreement on the public docket along with their stipulation of dismissal,[1] or shall remove the request that the Court retain jurisdiction from their forthcoming stipulation.

---

[1] In the event the parties request that the Court retain jurisdiction to enforce the settlement agreement and the settlement agreement contains confidential and/or sensitive information, the parties shall file the appropriate motion to seal pursuant to S.D. Fla. Local Rule 5.4.

2. Any pending motions are **DENIED AS MOOT**.

3. All pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Miami, Florida, this 10th day of January, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**