UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-cv-81883- RAR

BRITTANY ROBERSON, REBECCA
FREEMAN, BIANCA VIÑAS, TIFFANY
KING, and TRESHA THOMPSON,

       Plaintiffs,

v.

HEALTH CAREER INSTITUTE LLC (dba
HCI COLLEGE LLC and HCI ACQUISITION LLC),
FLORIAN EDUCATION INVESTORS LLC, and
STEVEN W. HART,

       Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Brittany Roberson, Rebecca Freeman, Bianca Viñas, Tiffany King, and Tresha Thompson and Defendants Heath Career Institute LLC, Florian Education Investors LLC, and Steven W. Hart (collectively, "the Parties"), through their undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned action, with each Party to bear their own fees and costs except as otherwise set out in the settlement agreement between the Parties. The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the Parties' settlement agreement, and the Parties hereby request that this Court enter an order retaining jurisdiction for the sole purpose of enforcing the terms of the settlement agreement.

Pursuant to this Court's January 14, 2025, Order, the Parties have filed a copy of the settlement agreement under seal pursuant to Local Rule 5.4; the agreement will remain under seal unless it is necessary to effectuate or enforce the agreement or as otherwise required by law.

Dated: January 27, 2025

Respectfully submitted,

/s/ Nicole Mayer
NICOLE MAYER
Mayer Law PLLC
Florida Bar No. 012035
Nicole@MayerLawFlorida.com
171 Dommerich Drive
Maitland, Florida 32751
(352) 494-3657

REBECCA EISENBREY
(*pro hac vice*)
reisenbrey@ppsl.org
VICTORIA ROYTENBERG
(*pro hac vice*)
vroytenberg@ppsl.org
Project on Predatory Student Lending
769 Centre Street, Suite 160
Jamaica Plain, MA 02130
(617) 390-2669

*Attorneys for Plaintiffs*

Michael J. Carney
Florida Bar No. 44326
MJC-KD@kubickidraper.com
Barbara Fox
Florida Bar No. 155608
BF-KD@kubickidraper.com KUBICKI
DRAPER
110 East Broward Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301
(954) 713-2323

*Attorneys for Defendants*