UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-81883-RAR

**BRITTANY ROBERSON**, *et al.*,

    Plaintiffs,

v.

**HEALTH CAREER INSTITUTE LLC**, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation"), [ECF No. 277], filed on January 27, 2025, and the Sealed Confidential Settlement Agreement ("Settlement Agreement"), [ECF No. 278], filed on January 27, 2025. The Stipulation requests that the Court retain jurisdiction solely over the enforcement of the Settlement Agreement. Stipulation at 1. The Court having reviewed the Stipulation, the Settlement Agreement, the record, and being otherwise duly advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* pursuant to the parties' Settlement Agreement with each Party to bear their own fees and costs except as otherwise set out in the Settlement Agreement. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

**DONE AND ORDERED** in Miami, Florida, this 28th day of January, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**